IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 04-01137 ) |
| ROBERT NIELSON, n/a Robert Nielsen, Superintendent, et al., | ) ) ) |
| Defendants. | ) |

**FILED**
SEP 1 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for ANTHONY MALONE and BARBARA SIMS-MALONE, Plaintiffs, furnishes the following compliance with Rule 1.6(e) of this Court.

1. The Plaintiffs are ANTHONY MALONE and BARBARA SIMS-MALONE, on behalf of ANTHONY DeLANCE MALONE, deceased.

2. Plaintiffs are not a corporation.

3. The only law firm appearing for Plaintiffs in this case is Thomson & Weintraub, 105 North Center Street, Bloomington, Illinois 61701.

Prepared by:
SUSAN FRANCES
LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069
FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM

Respectfully submitted,
Anthony Malone and Barbara Sims-Malone,
Plaintiffs,

By: _Susan Frances_
Susan Frances, One of Their Attorneys

Date: 9/14/04