IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 04-01137 |
| ROBERT NIELSON, n/a Robert Nielsen, Superintendent, et al., | )<br>)<br>) |
| Defendants. | ) |

FILED
SEP 1 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### JURY DEMAND

NOW COMES the Plaintiffs, ANTHONY MALONE and BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased, and demand that all issues joined herein be tried by a jury of twelve (12).

Respectfully submitted,
Anthony Malone and Barbara Sims-Malone,
Plaintiffs,

By: *Susan Frances*
Susan Frances, One of Their Attorneys

Prepared by:
SUSAN FRANCES
LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069
FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM