IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT NIELSON, Superintendent, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 04-01137 ) ) ) ) ) |

FILED
SEP 1 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on **September 14, 2004**, I have filed with the Office of the Clerk of the United States District Court, Central District of Illinois - Peoria Division, via hand delivery an AMENDED COMPLAINT, a CERTIFICATE OF INTEREST, and a JURY DEMAND, copies of which are attached hereto and served upon you.

_Susan Frances_
Susan Frances

LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069; FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM