## PROOF OF SERVICE

The undersigned, being first duly sworn, on oath deposes and says that she served the above Notice of Filing and attachments upon the attached Service List, at their respective addresses shown above by placing copies of same into envelopes correctly addressed as appearing on the attached Service List, bearing sufficient first class postage prepaid, and depositing same into the U.S. Mail on Center Street in Bloomington, Illinois, before 5:00 p.m. on September 14, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

*Susan Frances*
Susan Frances

## MALONE v. ILLINOIS STATE BOARD OF EDUCATION, et al.
### SERVICE LIST

Megan Guenther
MILLER, TRACY, BRAUN, FUNK, &
GUENTHER, LTD
316 South Charter Street
P.O. Box 80
Monticello, Illinois 61856-0080

Stephanie Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Darcy L. Proctor &
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni & Rolek, P.C.
The Marqquette Bldg., 6th Floor
140 South Dearborn Street
Chicago, Illinois 60603

Robert Neirynck
Costigan & Wollrab, P.C.
308 East Washington Street
Bloomington, Illinois 61701