E-FILED
Friday, 17 September, 2004  10:42:40 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Anthony Malone and Barbara Sims-Malone, on behalf of Anthony DeLance Malone, deceased,<br>　　　　　　Plaintiffs<br><br>Bloomington Public School District #87, et al,<br>　　　　　　Defendants | Case No. 04-1137 |

**ORDER**

On September 14, 2004, plaintiffs filed an amended complaint. The amended complaint is signed by the plaintiffs. It is not however signed by their attorney.

Fed.R.Civ.P.11 provides that "[e]very pleading...shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party." In other words, pleadings filed by represented parties must be signed by counsel

The amended complaint is therefore stricken. Plaintiffs are allowed 14 days to file an amended complaint signed by their attorney. All future pleadings on behalf of the plaintiffs are to be signed by counsel or they will also be stricken.

ENTER this 16th day of September 2004.


s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE