IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DELANCE MALONE, deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 04-1137 ) |
| ROBERT NIELSON, Superintendent, Bloomington School District #87, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFFS' SECOND AMENDED COMPLAINT

NOW COMES one of the Defendants, the ILLINOIS STATE BOARD OF EDUCATION, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby files its Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1). In support thereof, Defendant states as follows:

1.   This Court lacks subject matter jurisdiction because the Plaintiffs do not have standing to sue pursuant to the Individuals with Disabilities Education Act.

2.   Plaintiffs' Individuals with Disabilities Education Act claims are barred by the statute of limitations.

3.   Attached hereto is Defendant's Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Second Amended Complaint.

WHEREFORE, Defendant, ILLINOIS STATE BOARD OF EDUCATION, respectfully requests this Court to dismiss Plaintiffs' Second Complaint against it.

                                                  Respectfully submitted,

                                                  ILLINOIS STATE BOARD OF EDUCATION,

                                                             Defendant,

                                                LISA MADIGAN, Attorney General, State of Illinois,

Stephanie L. Shallenberger, #6279773      Attorney for Defendant,
Assistant Attorney General
500 S. Second Street
Springfield, IL 62706
(217) 785-4555                                  By  /s/ Stephanie L. Shallenberger
                                                             Stephanie L. Shallenberger
Of Counsel.                                                Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2004, I electronically filed the foregoing Motion to Dismiss Plaintiff's Second Amended Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Megan Guenther
Miller, Tracy, Braun, Funk &
   Guenther, Ltd.
316 S. Charter
P.O. Box 80
Monticello, IL 61856-0080
mguenther@millertracy.com

and I hereby certify that on October 4, 2004, I mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Darcy L. Proctor<br>Stephanie A. Benway<br>Ancel, Glink, Diamond, Bush,<br>   Dicianni & Rolek, P.C.<br>140 S. Dearborn St., Suite 600<br>Chicago, IL 60603 | Susan Frances<br>Thomson & Weintraub<br>105 N. Center<br>P.O. Box 3577<br>Bloomington, IL 61702-3577 |
| Robert W. Neirynck<br>John Casey Costigan<br>Carrie Borowski<br>Costigan & Wollrab, P.C.<br>308 E. Washington St.<br>P.O. Box 3127<br>Bloomington, IL 61702-3127 | |

                                       Respectfully submitted,

                                       /s/ Stephanie L. Shallenberger
                                       Stephanie L. Shallenberger, #6279773
                                       Assistant Attorney General
                                       500 South Second Street
                                       Springfield, IL  62706
                                       Telephone:  (217) 785-4555
                                       Facsimile:  (217) 524-5091
                                       sshallenberger@atg.state.il.us