**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| Anthony and Barbara Malone, ) | |
| c/o Anthony Malone, Deceased, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 04-1137 |
| vs. ) | |
| ) | |
| Illinois State Board of Education, Bloomington ) | |
| School District #87, Robert Neilson, Becky ) | |
| Francois, Barry Reilly, Cindy Helmers, Cindy ) | |
| Lundberg, Ann Marie Stephen, Tim Moore, Joel ) | |
| Misukonis, Donna Engles, Bloomington Dist. 87 ) | |
| School Board, ) | |
| ) | |
| Defendants. ) | |

**BLOOMINGTON SCHOOL DISTRICT DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

The Defendants, Robert Neilson, Rebecca Francois, Barry Reilly, Cindy Helmers, Cindy Lundberg, Ann Marie Stephen, Timothy Moore, Joel Misukonis, Donna Engle, Sally Tucker, Janella Cooley, Diana McCauley, Randy Berg, Keith Davis, Janet Smith, Cheryl Jackson, and Kathy Havens-Pane, and the Board of Education of Bloomington Public Schools, District No. 87 (collectively the "Bloomington School District Defendants"), by and through their attorneys, Darcy L. Proctor and Stephanie A. Benway, of the law firm of Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C., pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, hereby moves to dismiss Plaintiffs' Second Amended Complaint as follows:

1. Plaintiffs have filed a four-count Second Amended Complaint against the Bloomington School District Defendants under the Individuals With Disabilities Education Act ("IDEA")

1

and 42 U.S.C. §1983 ("Section 1983").

2. First, plaintiffs' Second Amended Complaint must be dismissed because the Plaintiffs do not have standing to sue on their son's behalf as they are not the duly appointed administrators of his estate. In fact, there is no record of any estate being opened on behalf of Anthony DeLance Malone. A true and correct copy of a certified letter from the Clerk of the Probate Court is attached hereto as Exhibit "A".

3. Second, plaintiffs' Second Amended Complaint fails to allege any live case or controversy and is therefore moot.

4. Third, Plaintiffs' IDEA and Section 1983 claims are barred by the statute of limitations.

5. Fourth, Plaintiffs have failed to sufficiently state a §1983 *Monell* policy claim against the Bloomington School Board.

6. Fifth, plaintiffs are not entitled to monetary damages under IDEA or 42 U.S.C., Section 1983.

7. Finally, Plaintiffs claims in Counts III and IV against the defendants in their official capacities are redundant to claims filed against the School Board.

8. Bloomington School District Defendant's Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Second Amended Complaint has been filed contemporaneously with this Motion.

WHEREFORE, the Defendants Robert Nielsen, Becky Francois, Barry Reilly, Cindy Helmers, Cindy Lundberg, Ann Marie Steffen, Tim Moore, Joel Misukonis, Donna Engel, Sally Tucker, Janella Cooley, Diana McCauley, Randy Berg, Keith Davis, Janet Smith, Cheryl Jackson, and Kathy Havens-Payne, and the Board of Education of Bloomington Public Schools, District No.

87 respectfully request that this Court grant their Rule 12(b)(1) and (6) Motion to Dismiss Plaintiffs' Second Amended Complaint in its entirety with prejudice, and grant any and all such further relief as the Court deems equitable and just.

                                        Respectfully submitted,

                                        Bloomington School District Defendants

                    By:      /s/ Darcy L. Proctor
                            Darcy L. Proctor
                            One of their attorneys

Darcy L. Proctor
Stephanie A. Benway
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & ROLEK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2004, I electronically filed the foregoing BLOOMINGTON SCHOOL DISTRICT DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Megan Guenther
MILLER, TRACY, BRAUN, FUNK & GUENTHER, LTD.
316 South Charter
P.O. Box 80
Monticello, Illinois 61856-0080
mguenther@millertracy.com

Stephanie L. Shallenberger, Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
sshallenberger@atg.state.il.us


and I hereby certify that on October 7, 2004, I mailed by United States Postal Service, the above-described document to the following non-registered participants:

Susan Frances
THOMSON & WEINTRAUB
105 North Center Street
P.O. Box 3577
Bloomington, Illinois 61702-3577

Robert W. Neirynck
John Casey Costigan
Carrie Borowski
COSTIGAN & WOLLRAB, P.C.
308 East Washington Street
P.O. Box 3127
Bloomington, Illinois 61702-3127

                                Respectfully submitted,

                                /s/ Darcy L. Proctor
                                Darcy L. Proctor, #6199731
                                Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
                                140 South Dearborn, 6th Floor
                                Chicago, Illinois 60603
                                Telephone: (312) 782-7606
                                Facsimile:  (312) 782-0943
                                dproctor@ancelglink.com