LAW OFFICES

## ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & ROLEK, P.C.

| | 140 SOUTH DEARBORN STREET | |
|---|---|---|
| DUPAGE COUNTY OFFICE
511 WEST WESLEY STREET
WHEATON, ILLINOIS 60187
(630) 682-4047
(312) 782-0943 FAX

KANE COUNTY OFFICE
29 NORTH RIVER STREET
BATAVIA, ILLINOIS 60510
(630) 761-1676
(630) 406-6363 FAX | THE MARQUETTE BUILDING
SIXTH FLOOR
CHICAGO, ILLINOIS 60603
(312) 782-7606
(312) 782-0943 FAX
WWW.ANCELGLINK.COM | LAKE COUNTY OFFICE
415 W. WASHINGTON STREET, SUITE
WAUKEGAN, ILLINOIS 60085
(847) 244-8682
(847) 244-8671 FAX

McHENRY COUNTY OFFICE
4 EAST TERRA COTTA AVENUE
CRYSTAL LAKE, ILLINOIS
(815) 4-- 8980
(815) 244-8--- FAX |

October 5, 2004

JANICE L. BURDETTE
CHICAGO OFFICE / EXT. 124
JBURDETTE@ANCELGLINK.COM

**VIA FEDEX**

ATTN: Probate
McLean County Circuit Clerk
P.O. Box 2420
Bloomington, IL 61702-2420

    Re:   Anthony DeLance Malone

Dear Probate Representative:

    Please allow this correspondence to serve as our formal request for information regarding whether or not an administrator has been appointed for Anthony DeLance Malone. We believe that he past away in 2003, but please also check for the years 2002 and 2004. If one has been appointed, please provide the administrators name, address, and when the appointment was made. We request an official stamped document outlining your findings into this matter. Return the official stamped document in the enclosed self addressed FedEx envelope.

    If you have any questions, please call me at 312/604-9124.

Very truly yours,

*Janice Burdette*

[Stamp: FILED OCT 0 6 2004 McLEAN COUNTY CIRCUIT CLERK]

10-06-04

There is no probated estate on file for Anthony DeLance Malone.

Sandra K Parker
(Circuit Clerk)

by: Carol Wunder
(deputy)

**EXHIBIT A**