E-FILED
Tuesday, 19 October, 2004  11:56:05 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT NIELSON, n/a Robert Nielsen, Superintendent, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 04-01137 <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
OCT 18 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### RESPONSE TO BLOOMINGTON SCHOOL DISTRICT DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

NOW COME the Plaintiffs, Anthony Malone & Barbara Sims-Malone, both on behalf of Anthony DeLance Malone, deceased, by and through their attorney, Susan Frances of the Law Offices of Thomson & Weintraub, and, for their Response to Bloomington School District Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, state as follows:

1. Plaintiffs admit the allegations of paragraph 1.

2. Plaintiffs deny the allegations of paragraph 2.

3. Plaintiffs deny the allegations in paragraph 3.

4. Plaintiffs deny the allegations in paragraph 4.

5. Plaintiffs deny the allegations in paragraph 5.

6. Plaintiffs deny the allegations in paragraph 6.

7. Plaintiffs deny the allegations in paragraph 7.

8. A corresponding memorandum of law has been filed concurrently in support of this motion.

WHEREFORE, the Plaintiffs, Anthony Malone & Barbara Sims-Malone, both on behalf of Anthony DeLance Malone, deceased, respectfully request that this Honorable Court deny the Defendants' Motion to Dismiss, and grant such further relief as this Honorable Court deems in equity to be proper and just.

Respectfully submitted,
Anthony Malone and Barbara Sims-Malone,
Plaintiffs,

By: *Susan Frances*
Susan Frances, Plaintiffs' Attorney

Prepared by:
SUSAN FRANCES
LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069
FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ROBERT NIELSON, Superintendent, et al., <br><br>　　　　Defendants. | Case No. 04-01137 |

### NOTICE OF FILING

To:　See Attached Service List

　　PLEASE TAKE NOTICE THAT on **October 18, 2004**, I have filed with the Office of the Clerk of the United States District Court, Central District of Illinois - Peoria Division, via hand delivery a RESPONSE TO BLOOMINGTON SCHOOL DISTRICT DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT and PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RESPONSE TO BLOOMINGTON SCHOOL DISTRICT DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT, copies of which are attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Susan Frances

LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069; FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM

## PROOF OF SERVICE

      The undersigned, being first duly sworn, on oath deposes and says that she served the above Notice of Filing and attachments upon the attached Service List, at their respective addresses shown above by placing copies of same into envelopes correctly addressed as appearing on the attached Service List, bearing sufficient first class postage prepaid, and depositing same into the U.S. Mail on Center Street in Bloomington, Illinois, before 5:00 p.m. on October 18, 2004.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

*Susan Frances*
Susan Frances

## MALONE v. ILLINOIS STATE BOARD OF EDUCATION, et al.
### SERVICE LIST

Megan Guenther
MILLER, TRACY, BRAUN, FUNK, &
GUENTHER, LTD
316 South Charter Street
P.O. Box 80
Monticello, Illinois 61856-0080

Stephanie Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Darcy L. Proctor &
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni & Rolek, P.C.
The Marqquette Bldg., 6th Floor
140 South Dearborn Street
Chicago, Illinois 60603

Robert Neirynck
Costigan & Wollrab, P.C.
308 East Washington Street
Bloomington, Illinois 61701