E-FILED
Tuesday, 19 October, 2004  12:01:29 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

**FILED**

| | |
|---|---|
| ANTHONY MALONE & BARBARA ) | OCT 1 8 2004 |
| SIMS-MALONE, both on behalf of ) | |
| ANTHONY DeLANCE MALONE, ) | JOHN M. WATERS, Clerk |
| deceased, ) | U.S. DISTRICT COURT |
| ) | CENTRAL DISTRICT OF ILLINOIS |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04-01137 |
| ) | |
| ROBERT NIELSON, n/a Robert Nielsen, ) | |
| Superintendent, et al., ) | |
| ) | |
| Defendants. ) | |

### RESPONSE TO DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' SECOND AMENDED COMPLAINT

NOW COME the Plaintiffs, Anthony Malone & Barbara Sims-Malone, both on behalf of

Anthony DeLance Malone, deceased, by and through their attorney, Susan Frances of the Law

Offices of Thomson & Weintraub, and, for their Response to Defendants' Motion to Dismiss

Plaintiffs' Second Amended Complaint, state as follows:

1.    Plaintiffs deny the allegations of paragraph 1.

2.    Plaintiffs deny the allegations of paragraph 2.

3.    A corresponding memorandum of law has been filed concurrently in support of

this motion.

WHEREFORE, the Plaintiffs, Anthony Malone & Barbara Sims-Malone, both on behalf of Anthony DeLance Malone, deceased, respectfully request that this Honorable Court deny the Defendants' Motion to Dismiss, and grant such further relief as this Honorable Court deems in equity to be proper and just.

> Respectfully submitted,
> Anthony Malone and Barbara Sims-Malone,
> Plaintiffs,
>
> By: _Susan Frances_
> Susan Frances, Plaintiffs' Attorney

Prepared by:
SUSAN FRANCES
LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069
FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA ) | |
| SIMS-MALONE, both on behalf of ) | |
| ANTHONY DeLANCE MALONE, ) | |
| deceased, ) | |
| ) | |
|       Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04-01137 |
| ) | |
| ROBERT NIELSON, Superintendent, ) | |
| et al., ) | |
| ) | |
|       Defendants. ) | |

## NOTICE OF FILING

To:    See Attached Service List

PLEASE TAKE NOTICE THAT on **October 18, 2004**, I have filed with the Office of the Clerk of the United States District Court, Central District of Illinois - Peoria Division, via hand delivery a RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT and PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT, copies of which are attached hereto and served upon you.

Susan Frances

LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069; FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM

## PROOF OF SERVICE

The undersigned, being first duly sworn, on oath deposes and says that she served the above Notice of Filing and attachments upon the attached Service List, at their respective addresses shown above by placing copies of same into envelopes correctly addressed as appearing on the attached Service List, bearing sufficient first class postage prepaid, and depositing same into the U.S. Mail on Center Street in Bloomington, Illinois, before 5:00 p.m. on October 18, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Susan Frances

## MALONE v. ILLINOIS STATE BOARD OF EDUCATION, et al.
## SERVICE LIST

Megan Guenther
MILLER, TRACY, BRAUN, FUNK, &
GUENTHER, LTD
316 South Charter Street
P.O. Box 80
Monticello, Illinois 61856-0080

Stephanie Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Darcy L. Proctor &
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni & Rolek, P.C.
The Marqquette Bldg., 6th Floor
140 South Dearborn Street
Chicago, Illinois 60603

Robert Neirynck
Costigan & Wollrab, P.C.
308 East Washington Street
Bloomington, Illinois 61701

2