DAVID C. WOCHNER
ROBERT W. NEIRYNCK
KEVIN P. JACOBS
DAWN L. WALL
ROBERT S. WHITE
J. CASEY COSTIGAN
CARRIE L. BOROWSKI

OF COUNSEL
WILLIAM F. COSTIGAN
WILLIAM S. BACH
WILLIAM T. CAISLEY
JOSEPH M. AMBROSE

## COSTIGAN & WOLLRAB, P. C.
ATTORNEYS AT LAW
308 EAST WASHINGTON STREET
POST OFFICE BOX 3127
BLOOMINGTON, ILLINOIS 61702-3127
WWW.CWLAWOFFICE.COM
(309) 828-4310 • FAX (309) 828-4325

TELEPHONE
(309) 828-4310

FAX
(309) 828-4325

WILL F. COSTIGAN
1886-1956
FRED W. WOLLRAB
1891-1971
JAMES C. WOLLRAB
1919-1989
PAUL R. WELCH
1936-2004

E-FILED
Monday, 25 October, 2004  02:05:32 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 2 5 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

October 21, 2004



Ms. Susan Frances
Law Offices of Thomson & Weintraub
105 N. Center
Bloomington, IL 61701

Ms. Megan Guenther
Miller, Tracy, Braun, Funk &
    Guenther, Ltd.
316 S. Charter St.
P. O. Box 80
Monticello, IL 61856-0080

Ms. Stephanie Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

Ms. Darcy L. Proctor
Ancel, Glink, Diamond, Bush,
   Dicianni & Rolek, P.C.
The Marqquette Bldg., 6th Floor
140 S. Dearborn Street
Chicago, IL 60603

Dear Counsel:

RE:   Anthony and Barbara Malone, et al v. Robert Nielson, et al
      U. S. District Court, Central District Case No. 04-1137
      Our File No. 20,463.2

The initial Complaint that was filed in this case named my client, Steven Simkins, as a defendant and we therefore entered an appearance on his behalf.

The Amended Complaint did not name Steven Simkins as a defendant. Therefore, he is no longer a party to the litigation. Therefore, I would appreciate it if you would remove my name from your mailing list. Thank you for your attention to this matter.

                              Very truly yours,


                              Robert W. Neirynck

ib
cc: U. S. District Clerk