IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
NOV - 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NIELSON, n/a Robert Nielsen, Superintendent, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 04-01137<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW

Plaintiffs' counsel, Susan Frances of The Law Offices of Thomson & Weintraub, provides the following in support of her Motion to Withdraw:

1. On July 23, 2004, Plaintiffs retained Attorney Susan Frances of The Law Offices of Thomson & Weintraub to represent them in the above-referenced cause of action.

2. The above cause of action is still pending.

3. On October 26, 2004, Attorney Susan Frances tendered her resignation to The Law Offices of Thomson & Weintraub. Attorney Susan Frances will not be practicing law with any other law firm.

4. Counsel for Plaintiffs has informed Plaintiffs that she is leaving the practice of law.

WHEREFORE, the undersigned requests this Honorable Court to permit Plaintiffs' counsel to withdraw from this cause and for any other just and equitable relief.

Respectfully submitted,

*Susan Frances*

Susan Frances of
The Law Offices of Thomson & Weintraub

Prepared by:
SUSAN FRANCES
LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069
FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBERT NIELSON, Superintendent, et al., )<br><br>Defendants. ) | Case No. 04-01137 |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on **November 1, 2004,** I have filed with the Office of the Clerk of the United States District Court, Central District of Illinois - Peoria Division, a MOTION TO WITHDRAW, a copy of which is attached hereto and served upon you.

_____
Susan Frances

LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069; FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM

1

## PROOF OF SERVICE

    The undersigned, being first duly sworn, on oath deposes and says that she served the above Notice of Filing and attachments upon the individuals, at their respective addresses, by placing copies of same into envelopes correctly addressed as appearing on the following Service List, bearing sufficient first class postage prepaid, and depositing same into the U.S. Mail on Center Street in Bloomington, Illinois, before 5:00 p.m. on November 1, 2004.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

_Susan Frances_ (signed)<br>Susan Frances

Subscribed and sworn to before me this
_1st_ day of _November_, 2004.

_Debbie L. Melton_ (signed)
Notary Public

"OFFICIAL SEAL"
Debbie L. [illegible]
Notary Public, State of Illinois
My Commission Exp. 12/18/2006

## MALONE v. ILLINOIS STATE BOARD OF EDUCATION, et al.
### SERVICE LIST

Megan Guenther
MILLER, TRACY, BRAUN, FUNK, &
GUENTHER, LTD
316 South Charter Street
P.O. Box 80
Monticello, Illinois 61856-0080

Anthony Malone
Barbara Sims-Malone
408 E. Douglas Street
Bloomington, IL 61701

Stephanie Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Darcy L. Proctor &
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni & Rolek, P.C.
The Marqquette Bldg., 6th Floor
140 South Dearborn Street
Chicago, Illinois 60603

2