E-FILED
Thursday, 18 November, 2004  01:17:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT NIELSON, n/a Robert Nielsen, Superintendent, et al.,<br>　　　　Defendants. | Case No. 04-01137 |

FILED
NOV 18 2004
...WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### SUPPLEMENTAL MOTION TO WITHDRAW

Plaintiffs' counsel, Susan Frances of the Law Offices of Thomson & Weintraub, provides the following in support of her Supplemental Motion to Withdraw:

1. On November 2, 2004, a Notice of Filing, which included a Proof of Service of my Motion to Withdraw being mailed to Plaintiffs, was filed with this Court.

2. On November 15, 2004, I delivered via hand delivery a second copy of my Motion to Withdraw to Plaintiffs at their residence.

3. No other attorney with the Law Offices of Thomson & Weintraub will be taking on representation of Plaintiffs in this cause of action.

4. The Plaintiffs' last known address is 408 East Douglas Street, Bloomington, Illinois 61701. Plaintiff's last know home phone number is 309-829-6883.

Respectfully submitted,

*Susan Frances*
Susan Frances of
The Law Offices of Thomson & Weintraub

1

## PROOF OF SERVICE

  The undersigned, being first duly sworn, on oath deposes and says that she served the above Notice of Filing and attachments upon the individuals, at their respective addresses, by placing copies of same into envelopes correctly addressed as appearing on the following Service List, bearing sufficient first class postage prepaid, and depositing same into the U.S. Mail on Center Street in Bloomington, Illinois, before 5:00 p.m. on _November 16_, 2004.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

               _Susan Frances_
               Susan Frances

Subscribed and sworn to before me this
_16th_ day of _November_, 2004.

_Debbie L. Melton_
Notary Public

"OFFICIAL SEAL"
Debbie L. Melton
Notary Public, State of Illinois
My Commission Exp. 12/18/2006

## MALONE v. ILLINOIS STATE BOARD OF EDUCATION, et al.
### SERVICE LIST

Anthony Malone
Barbara Sims-Malone
408 E. Douglas Street
Bloomington, IL 61701

Megan Guenther
MILLER, TRACY, BRAUN, FUNK, &
GUENTHER, LTD
316 South Charter Street
P.O. Box 80
Monticello, Illinois 61856-0080

Stephanie Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

Darcy L. Proctor &
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni & Rolek, P.C.
The Marqquette Bldg., 6th Floor
140 South Dearborn Street
Chicago, Illinois 60603

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT NIELSON, Superintendent, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 04-01137 |

## NOTICE OF FILING

To:    See Attached Service List

    PLEASE TAKE NOTICE THAT on **November 16, 2004**, I filed with the Office of the Clerk of the United States District Court, Central District of Illinois - Peoria Division, a SUPPLEMENTAL MOTION TO WITHDRAW and a RECEIPT, a copy of each are attached hereto and served upon you.

*Susan Frances*
Susan Frances


LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069; FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM

1

Prepared by:
SUSAN FRANCES
LAW OFFICES OF THOMSON & WEINTRAUB
105 NORTH CENTER STREET
P.O. BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
TELEPHONE (309)829-7069
FAX (309)827-3458
EMAIL: SFRANCES@TNWLAW.COM