DAVID C. WOCHNER
ROBERT W. NEIRYNCK
DAWN L. WALL
ROBERT S. WHITE
J. CASEY COSTIGAN
CARRIE L. BOROWSKI
BRIAN L. CURTIS

OF COUNSEL
WILLIAM F. COSTIGAN
WILLIAM S. BACH
WILLIAM T. CAISLEY
JOSEPH M. AMBROSE

**COSTIGAN & WOLLRAB, P. C.**
ATTORNEYS AT LAW
308 EAST WASHINGTON STREET
POST OFFICE BOX 3127
BLOOMINGTON, ILLINOIS 61702-3127
WWW.CWLAWOFFICE.COM
(309) 828-4310 • FAX (309) 828-4325

(309) 828-4310

FAX
(309) 828-4325

WILL F. COSTIGAN
1886-1956
FRED W. WOLLRAB
1891-1971
JAMES C. WOLLRAB
1919-1989
PAUL R. WELCH
1936-2004

November 19, 2004

Holly Williams, Deputy-in-Charge
Central District of Illinois
309 Federal Building
100 NE Monroe St.
Peoria, IL 61602

FILED
NOV 22 2004

RE:     Anthony Malone, et al v. Robert Nielson, et al
        Case No.:       04-CV-01137
        Our File No. 20,463.2

Dear Ms. Williams:

   Please be advised our law firm is no longer in this case. I have previously informed all counsel of this fact and asked them to remove me from their mailing list with a copy of that letter to your office. However, we had listed three attorneys from our office, those being Robert W. Neirynck, John Casey Costigan, and Carrie L. Borowski. All three of these names need to be eliminated from counsel of record in this file. Thanks for your cooperation in this regard.

                                Very truly yours,

                                Robert W. Neirynck

ib
cc: Susan Frances