E-FILED
Monday, 29 November, 2004  01:10:52 PM
Clerk, U.S. District Court, ILCD

# BroMenn Healthcare

BroMenn Regional Medical Center
Virginia at Franklin • Normal, IL 61761
Ph: (309) 454-1400

04-1137

H00030328442
SIMSMALONE, BARBARA
03/10/1952  52
ATT: Grieco, Gerardo
PCP: Jeong, Hwan
Admit:

FILED
NOV 26 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

☑ PATIENT DISCHARGE INSTRUCTION SHEET   ☐ INTERAGENCY TRANSFER PAGE 2

DATE: 11-19-04   Surgery 11-17-04

**FOLLOW-UP APPOINTMENTS, AND RESOURCES FOR FURTHER INFORMA**

Dr Grieco Monday, Nov 22 at 4:00pm
Dr Brock 663-2506

You ... are encouraged to ... your health. ... talk with your healthcare provider or call BroMenn Health Promotion Services at (309) 268-5900.

Received Vaccines:
☐ Influenza
☐ Pneumococcal

**NUTRITION / DIET INSTRUCTIONS:**

Regular diet.

**ACTIVITY, REHAB., TREATMENTS, SPECIAL CARE NEEDS, AND PATIENT / SIGNIFICANT OTHER RESPONSIBILITY FOR SUCH:**

Wear abdominal binder. Empty drain every 8 hours and as need record output amount on sheet. Take this sheet to monday appt. If you develop a fever, chills, redness, swelling, foul drainage from incision call Dr Grieco office.

**COMFORT MANAGEMENT PLAN (PAIN MEDICATIONS, NON PHARMACOLOGIC THERAPIES):**

**EQUIPMENT / SUPPLIES:**

| MEDICATIONS | DOSAGE | TIMES | SPECIAL INSTRUCTIONS | ✓ IF PRESCRIPTION GIVEN |
|---|---|---|---|---|
| Apply bacitracin to incision daily | | | | |
| Keflex 500mg four times a day for 1 week | | | | |
| Vicodin 1 or 2 tablets every four hours as needed pain | | | | |
| Multivitamin 1 tablet daily | | | called to Osco Galland | |

Prescriptions called

Signature of Physician _____   Date: 11-19-04

Instructed By: J Beau RN   RN Signature _____

Valuables Returned To Patient: ☐ Yes  ☑ NA    Storage Meds Returned To Patient: ☐ Yes  ☑ NA

I, the undersigned, have read, had explained to me and understand the above instructions:

Date: 11/19/04  Time: 1800   Signature of Patient or Significant Other: X Barbara Sims Malone

PAGE 2 ATTACHED: ☑ YES  ☐ NO   TEACHING SHEET ATTACHED: Drain Care, Output Documentation

**BROMENN REGIONAL MEDICAL CENTER**
Virginia at Franklin, Normal IL 61761
(309) 454-0708
**Discharge Instructions**

Eric Wernsman

BARBARA SIMSMALONE
DOB 031052

## SINUSITIS

The sinuses are air-filled spaces within the bones of the face. They connect to the inside of the nose and can become congested during or after a common cold or severe attack of hay-fever. Sinusitis causes facial pain, headache, green or yellow drainage flowing from the nose or flowing into the back of the throat and sometimes fever.

**HOME CARE:**
1) Apply heat to the painful areas of the face using a towel soaked in hot water, a heating pad or by standing in the shower and directing the hot spray onto your face.

2) Breathe cool or heated mist through your nose using a vaporizer or the steam in a shower.

3) Peppermint, menthol or eucalyptus hard candies or lozenges may help open the sinuses.

4) If your sinuses are congested and painful, you may use a DECONGESTANT SPRAY such as phenylephrine (Neo-synephrine, Sinex and others) or Afrin (oxymetazoline), unless another spray was prescribed. First blow the nose gently to remove mucus, then apply the drops.

5) Use Tylenol or ibuprofen (Motrin, Advil) to control fever and provide pain relief, unless another pain medicine was prescribed.

6) Drink extra amounts of fluids to help thin the nasal mucus.

**FOLLOW UP** with your doctor or this facility in one week or as instructed by our staff.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Headache becomes severe or you develop stiff neck
-- Unusual drowsiness or confusion
-- Swelling of the forehead, eyes, nose or cheek
-- Repeated vomiting or blurred vision
-- Temperature of 100 F orally (if no antibiotics were given)
-- Temperature of 101.5 F orally for more than two days (if antibiotics were given)

## PHARYNGITIS, REPORT PENDING

Pharyngitis (sore throat) is often due to a virus, but can also be caused by the "strep" bacteria (called "strep throat"). Both viral and strep infection can cause throat pain that is worse when swallowing, aching all over with headache and fever. Both types of infections are contagious and may be spread by coughing, kissing or touching others after touching your mouth or nose.

A test has been done to determine whether or not you have strep throat. You may call this facility as directed for the result. If it is positive for strep infection you will need to take antibiotics. A prescription can be called in to your pharmacy at that time. If the test is negative, you probably have a viral pharyngitis and it will not require antibiotic treatment.

**HOME CARE:**
1) If your symptoms are severe, rest at home for the first 2-3 days. If you are told that your test is positive for strep, you should be off work and school for the first two days of treatment. After that, you will no longer be contagious.

2) Take ibuprofen (Advil, Motrin) or Tylenol (acetaminophen) unless another pain medicine was prescribed.

**Discharge Instructions (cont.)**

Eric Wernsman  BARBARA SIMSMALONE
DOB 031052

3) Throat lozenges or sprays (Chloraseptic and others), or gargling with warm salt water will reduce throat pain (dissolve 1/2 teaspoon of salt in 1 glass of hot water). This is especially useful just before meals.

4) If antibiotics are prescribed for a strep infection, take them for a full 10 days to prevent later problems (heart or kidney disease).

**FOLLOW UP** with your doctor as advised by our staff if you are not improving over the next week. You will be notified of a positive test result.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Throat pain gets worse
-- Headache or pain in the back of your neck gets worse
-- Unable to swallow liquids or open your mouth wide due to throat pain
-- Trouble breathing or noisy breathing

## VIRAL GASTRO-ENTERITIS                                         [ADULT]

Viral gastro-enteritis is another name for the "stomach flu." It is caused by a virus which affects the stomach and intestinal tract and may last from 2-7 days. Antibiotics are not effective, but simple home treatment will be helpful.

**HOME CARE:**
1) If symptoms are severe, rest at home for the next 24 hours.
2) Avoid tobacco and alcohol use, which may worsen your symptoms.
3) You may use Tylenol (acetaminophen) or ibuprofen (Motrin, Advil) for fever, muscle aching and headache, unless another medicine was prescribed for this.
4) If medicines for diarrhea or vomiting were prescribed, take only as directed.

DURING THE FIRST 12-24 HOURS follow the diet below:
  FRUIT JUICES: Strained orange juice or lemonade (no pulp), apple, grape and cranberry juice. Clear fruit drinks, electrolyte replacement and sports drinks.
  BEVERAGES: Soft drinks and carbonated drinks without caffeine, mineral water (plain or flavored), decaffeinated tea and coffee.
  SOUPS: Clear broth, consommé and bouillon.
  DESSERTS: Plain gelatin (Jell-O), popsicles and fruit juice bars. As you feel better, you may add 6-8 oz of yogurt per day.

DURING THE NEXT 24 HOURS you may add the following to the above:
  Hot cereal, plain toast, bread, rolls or crackers.
  Plain noodles, rice, mashed potatoes, chicken noodle or rice soup.
  Unsweetened canned fruit (avoid pineapple) and bananas.
  Limit fat intake to less than 15 grams per day by avoiding margarine, butter, oils, mayonnaise, sauces, gravies, fried foods, peanut butter, meat, poultry and fish.
  Limit fiber: avoid raw or cooked vegetables, fresh fruits (except bananas) and bran cereals.
  Limit caffeine and chocolate. No spices or seasonings except salt.

DURING THE NEXT 24 HOURS:
  Gradually resume a normal diet as you feel better.

**FOLLOW UP** with your doctor as advised if you are not improving over the next 2-3 days.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Severe constant right-sided lower abdominal pain

**Discharge Instructions (cont.)**

Eric Wernsman

BARBARA SIMSMALONE
DOB 031052

-- Continued vomiting (unable to keep liquids down)
-- Frequent diarrhea (more than 5 times a day); blood (red or black color) or mucus in diarrhea
-- Weakness, dizziness, fainting or extreme thirst
-- Fever over 101 (oral) for more than 3 days

**SPECIAL INSTRUCTIONS**

FOLLOW UP WITH YOUR PRIMARY CARE PHYSICIAN IN 3 TO 5 DAYS

RETURN IF FURTHER PROBLEMS

PUSH FLUIDS

IMMODIUM AD OVER THE COUNTER AS DIRECTED

PHENERGAN AS DIRECTED IF NEEDED FOR NAUSEA

REST

ZITHROMAX AS DIRECTED UNTIL COMPLETED

**REFERRALS:**   Hwan Gon Jeong []
                 407 E. Vernon, Normal  309-452-9701

**REFERRALS:**   Gerardo Grieco []
                 1300 Franklin Ave, Normal  309-452-1193

**I HAVE RECEIVED AND UNDERSTAND THE INSTRUCTIONS ABOVE.**

x _Barbara Sims Malone_                              x _____
Patient or Representative                                Staff

The exam and treatment that you received today has been provided on an emergency basis only. If your problem worsens or new symptoms appear, contact your doctor or return to this facility for further care.

11/24/2004 (19:35)                EMERGENCY DEPARTMENT                Page 3 of 3