E-FILED
Monday, 29 November, 2004  01:19:11 PM
Clerk, U.S. District Court, ILCD

U.S. District Court For The
Central District of Illinois
Peoria Division

**FILED**

NOV 26 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony Malone & Barbara
Sims Malone, both on behalf
of Anthony DeLance Malone
deceased

　　　　Plaintiffs　　　　　　Case No. 04-01137

　　　　　　v

Robert Nielson n' a Robert Nielsen
Superintendent, et al,
　　　　Defendants

Response To Motion To Withdraw

Now comes Anthony & Barbara Sims Malone both
on behalf of Anthony DeLance Malone (son) deceased
In response to our. Counsel, Susan Frances
of the Law Office of Thomson & Weintraub.
Motion To Withdraw.

1.　On July 23, 2004 We, The Malones retained
Attorney Susan Frances of The Law Office of
Thomson & Weintraub to represent them in
the above-referenced cause of action.

(2)

2) The above cause of action is still pending.

3) On October 26, 2004 Attorney Susan Frances tendered her resignation to the Law Office of Thomson + Weintraub.

4) Then Attorney Susan Frances informed us the Malones that she is leaving the practice of law. Leaving us the Malones in a very, unfair and compromising position.

5) When we hired Attorney Susan Frances, we hired her in good faith, that she would represent the Malones, on behalf of our deceased son Anthony DeLance Malone for the wrong and neglect he suffered as a student at the Bloomington High School by school teachers and administrators.

6) It is so hard to believe her reasons she gave in wanting to drop out of this case and not wanting to practice law anymore!

7) We, the Malones are concerned about the severity and damage, of impact of Atty Susan Frances Withdrawal - at this time. What

7) kind of impact would it put on our case to let her attorney Susan Francis and her law firm Thomson & Weintraub to walk out on us at a time now when we have court coming up in December. This just does not seem fair or a proper thing for an attorney (Susan Francis) and her law firm to so easily be able to do! We (the Malones) understand that she gave Thomson & Weintraub her resignation. We understand that there may have been some problems there. So, she Susan Francis can not represent the Malones on her own since she is leaving the law firm of Thomson & Weintraub?

8) The court needs to know I just had major surgery on November 17th and was in the hospital for a couple of days after surgery. After being home for a few days I have been dealing with Viral Gastro-Enteritis another name is Stomach Flu and Sinusitis and strep throat. I am very ill at this point and not able to call and screach for another attorney.

9) We the Malones are not understanding our

rights at this point to let Attorney Susan Frances and Thomson & Weintraub law firm out of this case at this point and time. What are the legal rams of letting ones' attorney out of a case like this that is still pending in Federal court? When we say we are willing to let her out, what happens to our sons case or to us the Malones? We still need another attorney will this court help us by appointing us one will this Court help us?

10. We (the Malones) have believed in Attorney Susan Frances. We felted we had a very good attorney-client relatationship. We had done everything that was asked of Attorney Susan Frances for us to do. We had faith and confident in Atty. Susan Frances we she said she would help us fine Justice for our son, Anthony DeLance Malone. We believed in her.

11 We (the Malones) are not in agreedment to let Attorney Susan Frances out of this case or Thomson & Weintraub.

12. Notice of Electronic Filing entered and recieved on

(5)

11-4-2004. It is court ordered that under Docket Test Order # (2) plaintiffs Mr. + Mrs. Malone are directed to file with the court within 21 days. (other Deadline of 11-26-2004) either a statement that they will be proceeding on their own behalf, So be it, we have to follow order.

13. We (The Malone) within the timeframe given by this Court this day November 26, 2004 do hereby state to the Court that we will be proceeding on our own behalf for our son Anthony DeLance Malone. Until we find another attorney for case.

14. Our home address is 408 East Douglas St, Bloomington, Illinois. Our home number is 1-309-829-6883.

15. Please see all attachments. We (the Malones) thank you Sirs for your time and consideration.

16. We pray that this Honorable Court does not permit Our attorney Susan Frances to withdraw from this cause and for any other just equitable relief.

Sincerely Submitted
Barbara L. Sims-Malone  11-26-04
Anthony Malone  11-26-04