November 26, 2003

FILED
NOV 26 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

04-1137

IN RESPONSE TO MOTION TO WITHDRAW

Now comes Anthony and Barbara Sims Malone both on behalf of Anthony DeLance Malone, son, deceased in response to our counsel Susan Francis of the Law Office of Thomson and Weintraub requesting a time extension in order to secure legal representation for the estate of Anthony DeLance Malone. Anthony and Barbara Malone pray that the courts will honor and grant their request for the following reasons:

1) Long-term illness, major surgery and hospitalization for Mrs. Malone occurred on November 17, 2004 causing plaintiffs undue stress and inability to obtain legal representation on such short notice. See exhibits A, B and C.

2) Professional negligence and breach of fiduciary obligations on he part of Attorney Susan Francis and the law firm Thomson and Weintraub who failed to provide undivided loyalty and confidentiality to the Malone case. Whereby causing serious injury to the case and to the ability of the Malones

to obtain legal representation on such short notice. See exhibits 2A, 2B and 2C.

3) Attorney Susan Francis and the law firm of Thomson and Weintraub failed to provide a standard of care in which they broke the attorney-client trust that without prior warning and probable cause withdrew from the case. The reason given to the Malones by Attorney Susan Francis was to pursue a "once in a life time dream." The law firm refused to handle the case claiming lack of expertise, submitted a bill to the Malones for $7,000.00 and suggested they find another attorney or represent themselves.

4) This breach of fiduciary obligations, the failure to zealously and faithfully utilize the law firm's legal skills and judgment on behalf of the Malones have left the case and the Malones at the mercy of the courts for justice, fairness and consideration in their plea for a time to obtain legal representation.

5) The Malones enter a claim that constitutes actual and present injury to their interest and the interest of the Anthony DeLance Malone on the part of Attorney Susan Francis and the law firm of Thomson and Weintraub.

*Barbara Sims-Malone  11-26-04*

*Anthony Malone  11-26-04*