E-FILED
Tuesday, 30 November, 2004  02:06:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony Malone & Barbara Sims-Malone, )
                Plaintiffs )
                                       )
                                       )      Case No. 04-1137
Robert Nielson, )
                Defendant )

**ORDER**

Now before this Court is the motion to withdraw (#69) filed by plaintiffs' counsel Susan Frances, along with a supplement[1] to that motion, filed in compliance with the Order entered on November 2, 2004. In her motion and supplement, Ms. Frances states that she is resigning from her current law firm and will no longer be practicing law. She also states that no one from her current law firm will be assuming representation of the plaintiffs, and she affirms that both the motion and the supplement to the motion were served on her clients.

The plaintiffs pro se filed opposition to the withdrawal of their counsel, pointing out the negative impact her withdrawal would have on their case. Unfortunately, if Ms. Frances is ceasing the practice of law, she cannot represent the plaintiffs any longer. Accordingly, the motion is allowed. The Clerk is directed to terminate the association between the plaintiffs and Ms. Francis and her former law firm. The plaintiffs' most recent known address and telephone number are shown in Document #70. The Clerk is directed to send a copy of this order to the plaintiffs at that address.

In the Nov. 2 Order, the court set deadlines for the plaintiffs either to enter the appearance of new counsel or to advise the court of their intention to proceed pro se. Plaintiffs have done neither. Instead, they have asked the court for more time to obtain legal representation. That request is granted. The plaintiffs are allowed until January 10,

---

[1] The supplement was filed as a separate motion to withdraw. It is not a new motion. Document #70 is therefore moot.

2005, to have another attorney enter an appearance on their behalf.  If no attorney enters an appearance, the court will presume that the plaintiffs are proceeding on their own behalf.

This matter is set for a telephone status conference on January 31, 2005, at 10:30 a.m.  The court will place the call.  Unless new counsel has entered an appearance on their behalf, the plaintiffs are to be available at that time to participate personally in the hearing.  The plaintiffs are directed to notify the court of the telephone number where they can be reached for the conference call.

ENTER this 30th day of November 2004.

s/John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE