United States District Court
Central District of Illinois
Peoria division

FILED
JAN 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony Malone and Barbara Sims-Malone
Case No. 04-1137
Both on behalf of Anthony Delance Malone, deceased

    Plaintiffs

    Vs.

Illinois State Board of Education

Bloomington School District #87
Robert Neilson, Becky Francois,
Barry Reiley, Cindy Helmers,
Cindy Lundberg, Anne Marie Stephen,
Tim Moore, Joel Misukonis,
Donna Engles, Bloomington District #87
School Board

Defendants

Notice of Filing — Motion for Additional Time

Please take notice that on January 10th, 2005. I have filed by hand with the office of the Clerk of the United States District Court, Central District of Illinois Peoria Division the attached Plaintiffs Anthony and Barbara Sims-Malone Motion for Additional Time to find another Attorney to take over case and enter Appearance. We, the Malone's would also request of the court to supply us with a Guide to Illinois Federal-Civil Procedures for The Pro Se Litigant. In case we do not find another attorney to take over where Ms. Susan Francis and her law firm left off. Copies of which are attached hereto and served upon you.

-------------------------

*Anthony Malone*
*Barbara Sims-Malone*

Anthony Malone and
Barbara Sims-Malone
408 East Douglas
Bloomington Il, 61701

Notice of Filing

Please take notice that on January 10th, 2005. I have filed with the office of the Clerk of the United States District Court, Central District of Illinois Peoria Division the attached Plaintiffs Anthony and Barbara Sims-Malone, Motion for Additional Time to find another attorney to take over case and enter appearance thereof.

We would also ask and request the court to change the date of the phone conference that is set for January 31, 2005. We the Malone's are wanting to amend the Response To Defendants Motion To Dismiss Plaintiffs Second Amended Complaint, because we know Attorney Susan Francis and her law firm left out vital prudent evidence that is very relevant to our son Anthony Delance Malone case of law. This information is vital to the decisions to be made on the continuance of this case, and need to be included now as evidence. We, the Malone's would also request of the court in the case we cannot find another attorney to take over where Attorney Susan Francis and her firm Thompson and Weinthrop left off, to supply us with A Guide to Illinois Civil Federal Procedures for The Pro-Se-Litigant.

1. Motion for additional time to find another attorney to take over case. I, Barbara Sims-Malone have to claim hardship during the time Attorney Susan Francis decided to leave her law firm Thomson & Weintraub and not practice law any longer. I had major surgery and flu complications in November of 2004. I am now able to do a better search. I have talked to three attorneys all of which could not step into this case. (Yoder Law firm of Bloomington, Phelps- attorney at law of Bloomington, Shaby Law firm in Gurnee, IL) **I was told by three attorneys they have never heard of a court letting a whole firm out of a case like this!**

2. We the Malones request that the phone conference date set for January 31, 2005 be changed, so the response to the Defendant Motion to Dismiss Plaintiffs Second Amended complaint can be amended to include vital evidence exhibits to our son's case.

3. We are requesting from the court A Guide to Illinois civil- Federal procedures for Pro-Se Litigants. In case we do not find another attorney, we will proceed on our own.

## Proof of Service

The undersigned, on oath depose and says that she served the Notice of Filing and attachments upon the individuals, at their respective addresses, by placing copies of the same into envelopes correctly addressed as appearing on the following Service List, bearing sufficient first class postage prepaid and depositing into the U.S. Mail on Towanda Ave. in Bloomington, Illinois    January 10, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Barbara Sims-Malone

*Barbara Sims-Malone*

Malone Illinois State Board of Education
Service List

State of Illinois
County of McLean
Signed before me on Jan. 10, 2005
by Barbara J. Sims-Malone.

Mark Hoffmire

OFFICIAL SEAL
Mark Hoffmire
Notary Public, State of Illinois
My Commission Expires on 12/09/2006

Megan Guenther
Miller Tracy, Braun, Funk and Guenther LTD
316 South Charles St.
P.O. Box 80
Monticello, Illinois 61856-0080

Stephanie Shallenbergh
Assistant Attorney General
500 South Second St.
Springfield, Illinois 62706

Darcy L Proctor and
Stephanie A. Benway
Ancel, Glink, Diamond, Bush,

Dicianni and Rolek, P.C.
The Marqquette Bldg 6th floor
104 South Dearborn St.
Chicago, IL  60603

Anthony Malone
Barbara Sims- Malone
408 E. Douglas St.
Bloomington, IL 61701

Ph. 309- 829- 6883