E-FILED
Monday, 02 May, 2005  03:53:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Anthony and Barbara Malone, ) | |
| c/o Anthony Malone, Deceased, ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | No. 04-1137 |
| ) | |
| Illinois State Board of Education, ) | |
| Bloomington School District #87, ) | |
| Robert Neilson, Becky Francois, Barry ) | |
| Reilly, Cindy Helmers, Cindy Lundberg, ) | |
| Ann Marie Stephen, Tim Moore, Joel ) | |
| Misukonis, Donna Engles, Bloomington ) | |
| Dist. 87 School Board, ) | |
|     Defendants. ) | |

### ENTRY OF APPEARANCE

I, Alfred D. Ivy, III, hereby enter my appearance in the above-listed cause on behalf of Anthony and Barbara Malone, Plaintiffs and parents of Anthony Malone, deceased, as their attorney.

Respectfully submitted,
Anthony and Barbara Malone

By: /s/ Alfred D. Ivy, III
    Alfred D. Ivy, III
    Attorney for Plaintiffs

Alfred D. Ivy, III, #6277701
LAW OFFICES OF HARVEY C. WELCH
401 W. Elm Street
Urbana, IL 61801
(217) 367-3200
(217) 367-0241 fax
lawmbal@mail.com

# CERTIFICATE OF SERVICE

I do hereby certify that on May 2, 2005, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Megan Guenther
Miller, Tracy, Braun, Funk & Guenther, Ltd.
316 South Charter
P.O. Box 80
Monticello, Illinois 61856-0080
mguenther@millertracy.com

Stephanie L. Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555
(217) 524-5091 fax
sshallenberger@atg.state.il.us

and I hereby certify that on May 2, 2005, I mailed by the United States Postal Service, the above described document to the following non-registered participants:

Darcy L. Proctor
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni & Rolek, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 fax
dproctor@ancelglink.com

Robert W. Neirynck
John Casey Costigan
Carrie Borowski
Costigan & Wollrab, P.C.
308 East Washington Street
P.O. Box 3127
Bloomington, Illinois 61702-3127

Alfred D. Ivy, III, #6277701
LAW OFFICES OF HARVEY C. WELCH
401 W. Elm Street
Urbana, IL 61801
(217) 367-3200
(217) 367-0241 fax
lawmbal@mail.com