United States District Court
Central District of Illinois

Anthony and Barbara Malone
on behalf of Re: Anthony DeLance Malone
deceased (son)
        Plaintiffs       Case # No. 04-1137
   Vs.
Illinois State Board of Ed.
Bloomington school district 87
Robert Neilsen; Barry Reilley
Becky Francoui, Cindy Helmer et al.
        Defendants

FILED
MAY - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion For Extention of Time to
Respond to Defendants Motion, and
Motion For Extention of Time for new
Attorney to file appearance in case.

   Now comes Anthony and Barbara Malone on behalf of their son Anthony DeLance Malone (deceased). We file this Motion today and prey for the Court to please grant us an extention of time to respond to Defendants Motion, and grant our new attorney time/extention of time to file his appearance in our case. Some problems arised when trying to get on line for attorney Alfred Ivy III

Respectfully Submitted
Anthony Malone
Barbara Malone

## Certificate of Service

I Barbara Sims-Malone, and Anthony Malone the plaintiffs in this case, hereby certify that on May 2nd 2005, We served copies of attached and foregoing "Motion" for Extention of Time to Respond, and Extention of time to file new attorneys appearance on the following counsel of record by first class, United States mail, postage, pre-paid to:

Megan Guenther
Miller, Tracy, Braun, Funk, +
Guenther, Ltd
316 South Charter St.
P.O. Box 80
Monticello, Illinois 61856-0086

Stephanie Shallenberger
Assistant Attorney General
500 South Second St.
Springfield, Illinois 62706

Darcy L. Proctor +
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni + Rolek, P.C.
The Marquette Bldg., 6th floor
140 South Dearborn St.
Chicago, Ill. 61701 60603