UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Anthony and Barbara Malone, ) <br> c/o Anthony Malone, Deceased, ) <br>     Plaintiffs, ) <br> ) <br> vs.                        ) <br> ) <br> Illinois State Board of Education, ) <br> Bloomington School District #87, ) <br> Robert Neilson, Becky Francois, Barry ) <br> Reilly, Cindy Helmers, Cindy Lundberg, ) <br> Ann Marie Stephen, Tim Moore, Joel ) <br> Misukonis, Donna Engles, Bloomington ) <br> Dist. 87 School Board, ) <br>     Defendants. ) | No. 04-1137 |

## MOTION TO WITHDRAW

**NOW COMES**, Alfred D. Ivy, III, counsel for Plaintiffs, respectfully moves to withdraw his appearance as counsel in this matter. In support of this motion, Alfred D. Ivy, III states as follows:

1) Counsel is no longer employed at his former firm and counsel is in the process of relocating to another jurisdiction, making continued handling of this matter difficult.

2) Plaintiffs consent to Counsel's request to withdraw.

3) Counsel's Withdrawal would not unduly burden or delay these proceedings as Plaintiffs have ample notice and can retain other Counsel.

**WHEREFORE**, Alfred D. Ivy, III, counsel for Plaintiffs, respectfully requests that this Court grant his motion to withdraw as counsel and grant Defendant twenty-one (21) days to find other counsel.

Respectfully submitted,
Anthony and Barbara Malone

s/ Alfred D. Ivy, III
Alfred D. Ivy, III, #6277701
Attorney for the Plaintiffs
LAW OFFICES OF HARVEY C. WELCH

401 West Elm Street
Urbana, IL 61801
Telephone: (217) 367-3200
Fax: (217) 367-0241
E-mail: lawmbal@mail.com

## CERTIFICATE OF SERVICE

I do hereby certify that on June 9, 2005, I electronically filed the foregoing MOTION TO WITHDRAW with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Megan Guenther
Miller, Tracy, Braun, Funk & Guenther, Ltd.
316 South Charter
P.O. Box 80
Monticello, Illinois 61856-0080
mguenther@millertracy.com

Stephanie L. Shallenberger
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 785-4555
(217) 524-5091 fax
sshallenberger@atg.state.il.us

and I hereby certify that on June 9, 2005, I mailed by the United States Postal Service, the above described document to the following non-registered participants:

Darcy L. Proctor
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni & Rolek, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 fax
dproctor@ancelglink.com

Robert W. Neirynck
John Casey Costigan
Carrie Borowski
Costigan & Wollrab, P.C.
308 East Washington Street
P.O. Box 3127
Bloomington, Illinois 61702-3127

Prepared by:
Alfred D. Ivy, III, #6277701
Attorney for the Plaintiff
LAW OFFICES OF HARVEY C. WELCH
401 West Elm Street
Urbana, IL 61801
Telephone: (217) 367-3200
Fax: (217) 367-0241

E-mail: lawmbal@mail.com