UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 13 June, 2005  10:16:25 AM
Clerk, U.S. District Court, ILCD

Anthony Malone + Barbara Sims-Malone
on Behalf of Anthony D. Malone Son deceased,

    Plaintiffs

    vs.

Robert Nielson, n/a Robert Nielsen
Superintendent, et al.,
Bloomington Public School Dist. 87

    Defendants

**FILED**
JUN 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NO. 04-01137

PLAINTIFFS NOTICE OF FILING FOR MOTION + EXTENTION OF TIME TO FIND ATTORNEY TO PROCEDE IN THIS CASE, ON BEHALF OF OUR SON ANTHONY DELANCE MALONE.

BACKGROUND FROM LAST REQUEST FOR EXTENTION FOR ATTORNEY TO ENTER HIS APPEARANCE IN CASE.

- ATTORNEY IVY's' OFFICE WAS NOT EQUIT TO HANDLE CASE FROM THEIR OFFICE. ALTHOUGH STEPS WERE MADE BY ATTORNEY IVY, HIS OFFICE IS EXPERIENCING A VERY HIGH CASE LOAD AT THIS TIME, AND HE IS UNABLE TO STEP RIGHT INTO A CASE THIS BIG AT THIS TIME. HE SAID IT WOULD BE UNFAIR TO US, FOR HIM TO STEP INTO THIS UNPREPARED TO GIVE IT FULL ATTENTION THAT IS NEEDED, TO PREVAIL.

- In 2000 (I) Barbara Malone, during Due Process Hearings, I was recovering from a 4-disc Fusion Cervical Spine Surgery, because of all the stress of ongoing problems with regards to our son Anthony and what was occuring with him and school officals. I came down with a stress disease called "SHINGLES," I suffered for a good 6 months from burning, blistered painful skin.
- I still suffer off and on from this stress disease, unlike the first time, its more itching and burning with smaller or no outbreaks of blisters, but still painful to bear.
- I would have filed this notice sooner, but I was not well last month, because of a small case of this illness.
- We (the Malones) joined a group called "PRE-PAID LEGAL." We have ask them to assist us in finding another attorney for our sons case. (Anthony D. Malone) deceased our angel.
- Our Home Phone is not on at this time, but we do intent to turn service back on as soon as we can. We can be reach by calling 309-750-9421 or 309-750-9992, (cell phone nos.#) or my parents number "Rev. James or Mrs Corine Sims" at 309-828-4602 or by mail, 408 East Douglas St. Blm. IL 61701
- We pray for your forgiveness and pray that this motion for time, of at least 2 months is granted to us, in which if we find NO Attorney we will be ready to procede on for our son "Anthony D. Malone" decease, on our own.

Sincerely Submitted *Anthony Malone*

*Barbara Malone*

## PROOF OF SERVICE

WE, (THE MALONES) STATE THAT WE SERVED THIS NOTICE OF EXTENTION AND MOTION OF EXTENDED TIME ON THE ATTACHED SERVICE LIST, AT THEIR RESPECTIVE ADDRESSES SHOWN, BY PLACING COPIES OF SAME INTO ENVELOPES CORRECTLY, BEARING FIRST CLASS POSTAGE PREPAID AND DEPOSITING SAME INTO THE U.S. MAILBOX ON TWANDA AVE. BLOOMINGTON, ILLINOIS. ON JUNE _____

### MALONE V. NIELSEN, ILLINOIS STATE BOARD OF EDUCATION, et al

#### SERVICE LIST

MEGAN GUENTHER
MILLER, TRACY, BRAUN, FUNK, & GUENTHER, LTD
316 SOUTH CHARTER ST.
P.O. BOX 80
MONTICELLO, ILLINOIS 61856-0080

STEPHANIE SHALLENBERGER
ASSISTANT ATTORNEY GENERAL
500 SOUTH SECOND ST.
SPRINGFIELD, ILLINOIS
62706

DARCY L. PROCTOR &
STEPHANIE A. BENWAY
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI + ROLEK, P.C.
THE MARQQUETTE BLDG, 6th FLOOR
140 SOUTH DEARBORN ST
CHICAGO, ILLINOIS 60603