# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE and BARBARA SIMS-MALONE, both on behalf of Anthony Delance Malone, deceased, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 04-1137<br>) |
| ILLINOIS STATE BOARD OF EDUCATION, BLOOMINGTON SCHOOL DISTRICT #87, ROBERT NEILSON, BECKY FRANCOIS, BARRY REILLEY, CINDY HELMERS, CINDY LUNDBERG, ANN MARIE STEPHEN, TIM MOORE, JOEL MISUKONIS, DONNA ENGLES, BLOOMINGTON DISTRICT 87 SCHOOL BOARD, | )<br>) Judge Mihm<br>)<br>)<br>) Magistrate Judge Gorman<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## BLOOMINGTON SCHOOL DISTRICT DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR TIME EXTENSION TO RETAIN NEW COUNSEL

Now come defendants, BOARD OF EDUCATION OF BLOOMINGTON PUBLIC SCHOOLS, DISTRICT NO. 87, ROBERT NIELSEN, BECKY FRANCOIS, BARRY REILLY, CINDY HELMERS, CINDY LUNDBERG, ANNMARIE STEFFEN, TIM MOORE, JOEL MISUKONIS, DONNA ENGEL, SALLY TUCKER, JANELLA COOLEY, DIANA McCAULEY, RANDY BERG, KEITH DAVIS, JANET SMITH, CHERYL JACKSON, and KATHY HAVENS-PAYNE, in their individual and official capacities, ("Bloomington School District Defendants"), by and through their counsel, Darcy L. Proctor of the law firm of Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C., and for their Response state as follows:

1.  The Bloomington School District defendants oppose and object to plaintiffs' Motion

for Extension of Time to Retain New Counsel. Since the filing of this lawsuit over a year ago on May 6, 2004, the plaintiffs have delayed this litigation due to their inability to find and/or retain counsel to represent them in this lawsuit.

2. Plaintiffs have now had two separate attorneys file Appearances on their behalf only to withdraw in the face of the pending Motion to Dismiss filed by the Bloomington School District defendants and the Illinois State Board of Education. This Court has generously allowed the plaintiffs ample opportunity to find legal representation without success.

3. The Bloomington School District defendants have patiently awaited ruling on the Motion to Dismiss for almost nine months and are entitled to a ruling without further delay. Defendants respectfully request that plaintiffs' Motion for Time Extension in which to find now a third attorney to take their case be denied.

WHEREFORE, the Bloomington School District defendants pray for entry of an Order denying plaintiffs' Motion for a Time Extension to find counsel.

Respectfully submitted,

By:   /s/ Darcy L. Proctor

Darcy L. Proctor
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & ROLEK, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax

DLPL:\MYDOCS\DLP\MALONE\RESPONSEINOPPOSITIONTOMTNFORTIMEEXTENSION.WPD / 4985501.000

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 15, 2005, I electronically filed the foregoing BLOOMINGTON SCHOOL DISTRICT DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR TIME EXTENSION TO RETAIN NEW COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alfred D. Ivy, III
LAW OFFICES OF HARVY C. WELCH
401 West Elm Street
Urbana, Illinois 61801
lawmbal@mail.com

Megan Guenther
MILLER, TRACY, BRAUN, FUNK & GUENTHER, LTD.
316 South Charter
P.O. Box 80
Monticello, Illinois 61856-0080
mguenther@millertracy.com

Stephanie L. Shallenberger, Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
sshallenberger@atg.state.il.us

and I hereby certify that on June 15, 2005, I mailed by United States Postal Service, the above-described document to the following non-registered participant:

Anthony Malone
Barbara Sims-Malone
408 East Douglas
Bloomington, Illinois 61701

                            Respectfully submitted,

                            /s/ Darcy L. Proctor
                            Darcy L. Proctor, #6199731
                            Attorney for Bloomington School District Defendants
                            Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
                            140 South Dearborn, 6th Floor
                            Chicago, Illinois 60603
                            Telephone: (312) 782-7606
                            Facsimile: (312) 782-0943
                            dproctor@ancelglink.com