IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DELANCE MALONE, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT NIELSON, Superintendent, Bloomington School District #87, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) No. 04-1137 ) ) ) ) ) |

**DEFENDANT'S ILLINOIS STATE BOARD OF EDUCATION
RESPONSE IN OPPOSITION TO PLAINTIFF'S
<u>MOTION FOR TIME EXTENSION TO RETAIN NEW COUNSEL</u>**

NOW COMES one of the Defendants, the ILLINOIS STATE BOARD OF EDUCATION, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Response states as follows:

1. The Illinois State Board of Education opposes and objects to plaintiff's Motion for Extension of Time to Retain New Counsel. Since the filing of this lawsuit over a year ago on May 6, 2004, the plaintiffs have delayed this litigation due to their inability to find and/or retain counsel to represent them in this lawsuit.

2. Plaintiffs have now had two separate attorneys file Appearances on their behalf only to withdraw in the face of the pending Motion to Dismiss filed by the Illinois

State Board of Education and the Bloomington School District defendants. This Court has generously allowed the plaintiffs ample opportunity to find legal representation without success.

3.   The Illinois State Board of Education has patiently awaited ruling on the Motion to Dismiss for almost nine months and is entitled to a ruling without further delay. Defendant respectfully requests the plaintiff's Motion for Time Extension in which to find now a third attorney to take their case be denied.

WHEREFORE, the Illinois State Board of Education prays for entry of an Order denying plaintiff's Motion for a Time Extension to find counsel.

Respectfully submitted,

ILLINOIS STATE BOARD OF
  EDUCATION,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By   /s/ Stephanie L. Shallenberger
Stephanie L. Shallenberger, #6279773
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9014
Facsimile:  (217) 524-5091
E-Mail: sshallenberger@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2005, I electronically filed the foregoing Response In Opposition to Plaintiff's Motion for Time Extension To Retain New Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alfred D. Ivy III
Law Offices of Harvey C. Welch
401 West Elm Street
Urbana, Illinois 61801
lawmbal@mail.com

Megan Guenther
Miller, Tracy, Braun, Funk &
   Guenther, Ltd.
316 S. Charter
P.O. Box 80
Monticello, IL 61856-0080
mguenther@millertracy.com

Darcy L. Proctor
Stephanie A. Benway
Ancel, Glink, Diamond, Bush,
   Dicianni & Rolek, P.C.
140 S. Dearborn St., Suite 600
Chicago, IL 60603
dproctor@ancelglink.com

and I hereby certify that on June 16, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

Anthony Malone
Barbara Sims-Malone
408 East Douglas
Bloomington, Illinois 61701

                Respectfully submitted,

                /s/ Stephanie L. Shallenberger
                Stephanie L. Shallenberger, #6279773
                Assistant Attorney General
                500 South Second Street
                Springfield, IL  62706
                Telephone:  (217) 782-9014
                Facsimile:  (217) 524-5091
                sshallenberger@atg.state.il.us