E-FILED
Tuesday, 16 August, 2005  10:08:38 AM
Clerk, U.S. District Court, ILCD

RECEIVED AUG 16 2005 U.S. CLERK'S OFFICE PEORIA, ILLINOIS

04-1137

STATE OF ILLINOIS
THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF: ) ) ) ANTHONY DELANCE MALONE, ) DECEASED ) ) | NO. 04-P-265 |

FILED AUG 15 2005 McLEAN CIRCUIT CLERK COUNTY

**ORDER APPOINTING LEGAL REPRESENTATIVE OF DECEDENT'S ESTATE**

On the verified petition of Barbara Sims-Malone and Anthony Malone for issuance of letters of legal representative to Barbara Sims-Malone and Anthony Malone who have presented their bond which has been approved, and the filing of Appearance, Waiver and consents by the remaining heirs having an equal right to nominate a person to administer this estate,

IT IS ORDERED that Letters of Administration be issued to Barbara Sims-Malone and Anthony Malone.

DATED: 8-15-05

_____
Judge

Name: John Wm. Yoder

Attorney for Petitioner Barbara Sims-Malone and Anthony Malone

Address: 306 E. Grove St.

City: Bloomington

Telephone: 309-829-3344

FILED
McLEAN COUNTY
AUG 1 5 2005
CIRCUIT CLERK

**AMENDED**
**EXHIBIT A OF PETITION FOR LETTERS OF ADMINISTRATION**

| NAME | ADDRESS | RELATIONSHIP |
|---|---|---|
| Anthony Malone | 408 E. Douglas St. Bloomington, IL 61701 | Father |
| Barbara Sims-Malone | 408 E. Douglas St. Bloomington, IL 61701 | Mother |
| Keith Sims | 408 E. Douglas St. Bloomington, IL 61701 | Brother |
| Colleen Sims | 408 E. Douglas St. Bloomington, IL 61701 | Sister |
| Lychan Sims | 606 E. Walnut St. Bloomington, IL 61701 | Sister |
| DeBracey Malone | 408 E. Douglas St. Bloomington, IL 61701 | Brother |

None of the above listed heirs are minors and none are disabled.

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN

IN THE MATTER OF THE )
ESTATE OF: )
)
ANTHONY DELANCE MALONE, ) NO. 04-P-265
DECEASED )
)

**Appearance**

FILED
McLEAN COUNTY
AUG 1 5 2005
CIRCUIT CLERK

I hereby enter my appearance in this cause.

_____
John Wm. Yoder, Attorney

John Wm. Yoder
John W. Yoder Law Firm
306 E. Grove St.
Bloomington, IL 61701
(309) 829-3344