SUMMARY JUDGEMENT   Certificate of Service   04-1137

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR RESPONSE TO BLOOMINGTON SCHOOL DISTRICT DEFENDANTS FOR "SUMMARY JUDGEMENT"

Now come the Plaintiffs, Anthony Malone & Barbara Sims-Malone, both on behalf of Anthony DeLance Malone, deceased, by and through pro se and, in support of their Response to Bloomington School District Defendants' Summary Judgment, hereby submit their memorandum in law as follows.

Megan Guenther
Miller, Tracy, Braun, Funk, &
Guenther, Ltd
316 South Charter St.
P.O. Box 80
Monticello, Ill 61856-0080

Stephanie Shallenberger
Assistant Attorney General
500 South Second St.
Springfield, Ill. 62706

Darcy L. Proctor &
Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Dicianni & Rolek, P.C.
140 South Dearborn St.
Chicago, Ill. 60603