# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ANTHONY MALONE, on behalf of Anthony DeLance Malone, deceased son; BARBARA SIMS-MALONE, on behalf of Anthony DeLance Malone, deceased son**

vs.                                                                      Case Number:  **04-1137**

**ROBERT NIELSON**, n/a Robert Nielsen, Superintendent, Bloomington Public Schools, District No. 87, individually and in his official capacity; **BECKY** Francois, Director of Special Education, Bloomington Public Schools, District No. 87, individually and in her official capacity, **BARRY REILLY**, Assistant Superintendent, Bloomington Public Schools, District No. 87, individually and in his official capacity; **CINDY LUNDBERG**, High School Counselor Bloomington Public Schools, District No. 87, individually and in her official capacity; **ANN MARIE STEFFEN**, High School Home Economics Teacher, Bloomington Public Schools, District No. 87, individually and in her official capacity; **TIM MOORE**, High School Assistant Principal, Bloomington Public Schools, District No. 87, individually and in his official capacity; **JOEL MISUKONIS**, High School Art Teacher, Bloomington Public Schools, District No. 87, individually and in his official capacity; **DONNA ENGEL**, High School Special Education Teacher, Bloomington Public Schools, District No. 87, individually and in her official capacity; **BOARD OF EDUCATION OF BLOOMINGTON PUBLIC SCHOOLS/District No. 87**, **JANELLA COOLEY**, Board of Education of Bloomington Public Schools, District No. 87, in her official capacity; **DIANA MCCAULEY**, Board of Education of Bloomington Public Schools, District No. 87, in her official capacity; **RANDY BURGE**; **KEITH DAVIS**, Board of Education of Bloomington Public Schools, District No. 87, in his official capacity; **JANICE SMITH**; **CHERYL JACKSON**, Board of Education of Bloomington Public Schools, District No. 87, in her official capacity; **KATY HAVENS-PAYNE** Board of Education of Bloomington Public Schools, District No. 87, in her official capacity; **RICHARD SIMPKINS**, Attorney, State Farm Insurance Company; **JULIA DEMPSY**, Hearing Officer, Illinois

AO 450 (Rev. 5/85) Judgment in a Civil Case

**State Board of Education; ILLINOIS STATE BOARD OF EDUCATION; RANDY BERG, Board of Education of Bloomington Public Schools, District No. 87, in his official capacity; and JANET SMITH , Board of Education of Bloomington Public Schools, District No. 87, in her official capacity.**

**DECISION BY THE COURT.** This action came before the Court. The issues have been plead and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 9/24/04 parties Julia Dempsy, Richard Simpkins, Janice Smith and Randy Burge are terminated pursuant to filing of second amended complaint. **FURTHER ORDERED AND ADJUDGED** that on 9/23/05, judgment is entered in favor of all other defendants and against plaintiffs, plus costs of suit.

ENTER this 26th day of September, 2005

JOHN M. WATERS, CLERK

s/C. Lambie
_____
BY:  DEPUTY CLERK

04-1137.wpd