%AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

ANTHONY MALONE and BARBARA SIMS-MALONE, et al.

V.

ILLINOIS STATE BOARD OF EDUCATION, et al.

**BILL OF COSTS**

Case Number:   04-1137

Judgment having been entered in the above entitled action on   9/26/05   against   Plaintiffs  ,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................... | $ |
| Fees for service of summons and subpoena ............................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing .................................. | |
| Fees for witnesses (itemize on reverse side) ......................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .............. | 455.40 |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ........................ | |
| Compensation of court-appointed experts .............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ......................................... | |
| TOTAL | $   455.40 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:   the Malones; Megan Guenther; Stephanie Shallenberger   .

Signature of Attorney:   /s/ Darcy L. Proctor

Name of Attorney:   Darcy L. Proctor

For:   Bloomington School District Defendants                    Date:   October 24, 2005
       Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                           Deputy Clerk                          Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | **TOTAL** | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

1:04-cv-01137-MMM-JAG    # 88    Page 2 of 5

MALONE v. BLOOMINGTON SCHOOL DISTRICT #87, et al.
Case No. 04-1137

ITEMIZATION FOR BILL OF COSTS

FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS ($.23/page)

| Description | Date Sent/ Filed | Pages | Copies | Total Amount |
|---|---|---|---|---|
| Defendant Bloomington Public S.D. 87's Motion for Leave to File Appearance and for Additional Time to Answer or Otherwise Plead to Plaintiffs' Complaint | 6/17/04 | 5 | 2 | $    2.30 |
| Case correspondence regarding Initial Report | 7/20/04 | 3 | 3 | 2.07 |
| Amended Appearance on behalf of Defendant Board of Education of Bloomington Public Schools, District 87 and Appearance on behalf of individual School District Defendants | 8/2/04 | 5 | 6 | 6.90 |
| Motion for Leave to File Additional Appearance as Counsel on Behalf of Defendants Board of Education of Bloomington Public Schools, District 87, et al. and Additional Appearance on behalf of School District Defendants | 8/2/04 | 6 | 6 | 8.28 |
| Bloomington School District Defendants' Rule 12(B)(1) and (6) Motion to Dismiss and Bloomington School District Defendants' Memorandum in Support | 8/2/04 | 23 | 6 | 31.74 |
| Case correspondence to Plaintiffs' attorney regarding Rule 16 Conference | 8/17/04 | 1 | 4 | .92 |
| Case correspondence to Bloomington School District Defendants regarding Plaintiffs' Response to Bloomington S.D. Defendants' Rule 12(B)(1) and (6) Motion to Dismiss, Motion to Adopt Bloomington S.D. Defendants' Motion and Memorandum of Law to Dismiss Plaintiffs' Complaint and Defendant Steven Simkins' Motion to Dismiss and Plaintiffs' Memorandum in Support of their Response and enclosed documents | 8/17/04 | 35 | 17 | $  136.85 |
| Case correspondence to Bloomington School District Defendants regarding Plaintiffs' Amended Complaint and enclosed documents | 9/28/04 | 26 | 17 | 101.66 |
| Bloomington School District Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and Memorandum of Law in Support | 10/7/04 | 18 | 2 | 8.28 |

| | | | | |
|---|---|---|---|---|
| Case correspondence to Bloomington School District Defendants regarding District Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and Memorandum of Law in Support and enclosed documents | 10/13/04 | 18 | 17 | 70.38 |
| Case correspondence to Bloomington School District Defendants regarding attorney withdrawal | 12/10/04 | 1 | 17 | 3.91 |
| Case correspondence to Bloomington School District Defendants regarding updated litigation report | 3/3/05 | 1 | 19 | 4.37 |
| Case correspondence regarding Suit Status Report and enclosed document | 4/22/05 | 4 | 3 | 2.76 |
| Bloomington School District Defendants' Response in Opposition to Plaintiffs' Motion for Time Extension to Retain New Counsel | 6/15/05 | 3 | 1 | .69 |
| Case correspondence to Bloomington School District Defendants regarding updated report on pending motions | 8/30/05 | 2 | 19 | 8.74 |
| Case correspondence to Bloomington School District Defendants regarding ruling on Defendants' Motion to Dismiss and enclosed documents | 9/26/05 | 15 | 19 | 65.55 |
| **TOTAL** | | | | $ 455.40 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005, I electronically filed the foregoing BILL OF COSTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Megan Guenther
MILLER, TRACY, BRAUN, FUNK & GUENTHER, LTD.
316 South Charter
P.O. Box 80
Monticello, Illinois 61856-0080
mguenther@millertracy.com

Stephanie L. Shallenberger, Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
sshallenberger@atg.state.il.us

and I hereby certify that on October 24, 2005, I mailed by United States Postal Service, the above-described document to the following:

Anthony Malone
Barbara Sims-Malone
408 East Douglas
Bloomington, Illinois 61701

Megan Guenther
MILLER, TRACY, BRAUN, FUNK & GUENTHER, LTD.
316 South Charter
P.O. Box 80
Monticello, Illinois 61856-0080

Stephanie L. Shallenberger, Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706

        Respectfully submitted,

        /s/ Darcy L. Proctor
        Darcy L. Proctor, #6199731
        Attorney for Bloomington School District Defendants
        Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
        140 South Dearborn, 6th Floor
        Chicago, Illinois 60603
        Telephone: (312) 782-7606
        Facsimile:  (312) 782-0943
        dproctor@ancelglink.com