E-FILED
Wednesday, 26 October, 2005 11:18:26 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY MALONE, on behalf of Anthony DeLance Malone, deceased son; BARBARA SIMS-MALONE, on behalf of Anthony DeLance Malone, deceased son

vs.                                              Case Number: **04-1137**

ROBERT NIELSON, n/a Robert Nielsen, Superintendent, Bloomington Public Schools, District No. 87 et al.

NOTICE OF APPEAL

Please take notice that Anthony and Barbara Malone appeal to the _7th Circuit Court of Appeals_ of Illinois from the Order of the United States District Court Central District of Illinois, signed by Michael M. Mihm, United State District Judge on the 26th day of September.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follow:

Megan Guenther
Miller, Tracy, Brown, Funk & Guenther, Ltd.
316 South Charter St.
P.O. Box 80
Monticello, Ill 61856-0080


Stephanie Shallenberger
Assistant Attorney General
500 South Second St.
Springfield, IL 62706

Darcy L. Proctor & Stephanie A. Benway
Ancel, Glink, Diamond, Bush, Diciannie & Rolek, P.C.
140 South Dearborn St.
Chicago, IL 60603

DATE: October 25, 2005

*Anthony Malone*

*Barbara Malone*

Anthony and Barbara Malone

408 East Douglas

Bloomington, Illinois

(309) 828-8650 Home

(309) 750-9421 Cell