## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                      Docket No.: 04-1137

Division: PEORIA

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Anthony Malone & Barbara Sims Maone        v.    Nielson, etal

---

**Current Counsel for Plaintiff (Petitioner):**           **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Barbara Sims Malone | Name: Darcy Proctor |
| Firm: pro se | Firm: ANCEL, GLINK, etal |
| Address: 408 E. Douglas | Address: Suite 600, 140 S. Dearborn St. |
| Bloomington, IL. 61701 | Chicago, IL. 60603 |
| Phone: 309-750-9421 | Phone: 312-782-7606 |

---

Judge: Michael Mihm                    Nature of Suit Code:  440

Court Reporter: K. Hanna               Date Filed in District Court: 5/3/4

                                       Date of Judgment: 9/26/05

                                       Date of Notice of Appeal: 10/25/05

Counsel:   ___Appointed      ___Retained    _X__Pro Se

Fee Status:   ___Paid    _X__Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    X___Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**