UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILED**

OCT 3 1 2005

TELEPHONE
(312) 435-5850

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:    05-4112                 Docketed on: 10/26/05
Short Caption:          Malone, Anthony v. Nielson, Robert
District Court Judge:   Michael M. Mihm
District Court No.:     04 C 1137
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)