**E-FILED**
Tuesday, 13 December, 2005 02:10:15 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY MALONE & BARBARA SIMS-MALONE, both on behalf of ANTHONY DeLANCE MALONE, deceased | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| ILLINOIS SLATE BOARD OF EDUCATION. BLOOMINGTON SCHOOL DISTRICT #87 ROBERT NIELSON, BECKY FRANCOIS, BARRY REILLY, CINDY HELMERS, CINDY LUNDBERG, ANN MARIE STEPHEN, TIM MOORE, JOEL MISUKONIS, DONNA EAGLES, | ) ) ) ) ) ) |
| Defendants. | ) |

**FILED**

DEC - 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CaseNo.04-1137

ADDITIONAL EXHIBITS TO
**Motion to Filing Additional
Documents and Exhibits
To Amend Case**

Now comes Anthony Malone and Barbara Sims-Malone, both on behalf of

Anthony DeLance Malone, deceased, by and through Pro Se. Plea to the court for entry

of documents, exhibits, and letters that are vital to the outcome of our son's case. We are

asking to amend our case, in the United States District Court, Central District of Illinois.

Proff of Service was filed to other counsel 12-9-05
Barbara Sims Malone

**THOMSON & WEINTRAUB**
105 N. Center - P.O. Box 3577
Bloomington, IL  61702-3577
(309) 829-7069


Anthony & Barbara Malone
408 E. Douglas
Bloomington, IL 61701


December 20, 2004

In Reference To:    File Opened:  10/13/04
                    Probate / SF / 2004-765

Invoice #:          10530

Professional Services

|  | | Hours | Amount |
|---|---|---|---|
| 10/15/2004 | Conference with client;<br>Filed probate case. | 1.00 | 135.00 |
|  | Reviewed probate issues. | 0.30 | 40.50 |
| 11/2/2004 | Letter sent to client re:  Oaths of Office and Motion to Withdraw. | 0.20 | 27.00 |
| 12/16/2004 | Court appearance:  Hearing on Motion to Withdraw. | 0.30 | NO CHARGE |
|  | Sent certified letter to clients re: Order Allowing Withdrawal. | 0.20 | NO CHARGE |
|  | For professional services rendered | 2.00 | $202.50 |

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 10/15/2004 | Ck. 49448, Circuit Clerk of McLean County<br>(Filing fee) 4720.0 | | 208.00 |
|  | Total costs | | $208.00 |

EXHIBS N (1-2)    Attorney fees + payments

Anthony & Barbara Ma                                              Page         2

                                                                        Amount

     Total amount of this bill                                   $410.50

     Balance due                                             $410.50

EXHIBIT N (2-2)

**THOMSON & WEINTRAUB**
105 N. Center - P.O. Box 3577
Bloomington, IL 61702-3577
(309) 829-7069

Anthony & Barbara Malone
408 E. Douglas
Bloomington, IL 61701

December 20, 2004

In Reference To:    Miscellaneous-Education Law  (Bloomington District 87) / SF /
2004-513
File Opened: 7/9/04

Invoice #:    10529

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 6/28/2004 | Telephone conference with client re: initial consultation. | 0.20 | NO CHARGE |
| 7/8/2004 | Initial consultation. (2 hrs.) | 1.00 | 150.00 |
| 7/19/2004 | Telephone conference with B. Malone re:  retainer. | 0.10 | 13.50 |
| 7/20/2004 | Revised retainer agreement. | 0.10 | NO CHARGE |
| 7/23/2004 | Telephone conference with client re:  retainer and documents. | 0.10 | 13.50 |
| 7/26/2004 | Received and reviewed documents from client. | 0.20 | 27.00 |
|  | Research:  local rules for 7th Circuit. | 1.10 | NO CHARGE |
| 7/30/2004 | Reviewed file and Court rules for extension of time and filing amended pleading. | 1.30 | 175.50 |
|  | Prepare Entry of Appearance and Motion for Leave to Amend Complaint and for Extension of Time. | 0.60 | 81.00 |

EXHIBIT D  (1-9)   ~~Field~~ Attorney fees & payments

Anthony & Barbara Ma                                    Page      2

|  |  | Hours | Amount |
|---|---|---|---|
| 8/2/2004 | Telephone conference with Judge Gorman's assistant re: Proof of Service. | 0.10 | NO CHARGE |
| 8/3/2004 | Reviewed addresses for Defendants; Telephone call to client--left message. | 0.40 | NO CHARGE |
| 8/4/2004 | Review file. | 0.60 | NO CHARGE |
|  | Telephone call to Attorney Guenther and Attorney Proctor--left message. | 0.10 | NO CHARGE |
|  | Telephone conference with Attorney Shallenberger re: Rule 16 Conference. | 0.10 | NO CHARGE |
| 8/5/2004 | Telephone conference with Attorney Proctor re:  Rule 16 Conference. | 0.30 | 40.50 |
|  | Conference with clients. | 0.80 | 108.00 |
|  | Reviewed pleadings from Attorney Proctor. | 0.50 | 67.50 |
|  | Telephone conference with Attorney Neirynck re:  Rule 16 Conference. | 0.10 | 13.50 |
| 8/6/2004 | Telephone conference with Tallula Shanult. | 0.30 | 40.50 |
|  | Court appearance; Conference with client after hearing. | 0.70 | 94.50 |
|  | Telephone conference with Attorney Neirynck. | 0.10 | 13.50 |
| 8/9/2004 | Client:  Anthony & Barbara Malone Paralegal: Research:  cases cited by opposing counsel. (JDM) | 1.60 | 80.00 |
|  | Client:  Anthony & Barbara Malone Paralegal: Additional research:  cases cited by opposing counsel. (JDM) | 0.60 | 30.00 |

EXHIBIT O (2-9)

Anthony & Barbara Ma                                                Page        3

|  | Hours | Amount |
|---|---|---|
| 8/9/2004 Conference with clients re: Motion to Dismiss. | 0.30 | 40.50 |
| Research: Motion to Dismiss. | | 1.10 NO CHARGE |
| 8/10/2004 Prepare Amended Motion for Leave to Amend Complaint. | 0.40 | 54.00 |
| Prepare Response to Motion to Dismiss. | 0.30 | 40.50 |
| Begin preparation of Amended Complaint and Memorandum of Law Against Motion to Dismiss. | 1.60 | 216.00 |
| Completed researching and drafting Section II, A-E of the Memorandum of Law. | 3.70 | 499.50 |
| Reviewed F.R.C.P. | | 1.20 NO CHARGE |
| 8/11/2004 Letter sent to District 87 and ISBE counsel re: Lance's Affidavit. | 0.20 | 27.00 |
| Revised drafts of Response to Motion to Dismiss and Memorandum of Law. | | 0.40 NO CHARGE |
| Conference with clients, T. Shanult and J. Walters. | 1.20 | 162.00 |
| 8/16/2004 Reviewed Robert Stover's Treatment Report. | 0.10 | 13.50 |
| Research: case law for Response to Motion to Dismiss and Memorandum of Law. | 4.30 | 580.50 |
| Conference with client re: Response to Motion to Dismiss. | | 1.50 NO CHARGE |
| 8/17/2004 Finished Response to Motion to Dismiss and Memorandum of Law. | 4.10 | 553.50 |
| Telephone conference with client re: Lance's Affidavit. | 0.10 | 13.50 |
| Filed Response to Motion to Dismiss and Memorandum of Law in Peoria, Illinois. | | 1.10 NO CHARGE |

$$EX \quad O \quad (3-9)$$

Anthony & Barbara Ma                                                    Page        4

|  | Hours | Amount |
|---|---|---|
| 8/18/2004 Received and reviewed Docket Entry from Judge Gorman; Letter sent to client re: Docket Entry and file-stamped copies of our Response to Motion to Dismiss and Memorandum of Law. | 0.20 | 27.00 |
| 8/27/2004 Telephone conference with client re: Memorandum of Law. | 0.10 | 13.50 |
| 8/30/2004 Returned client's call - left message. | 0.10 | NO CHARGE |
| 8/31/2004 Telephone conference with client re: foreclosure case. | 0.10 | NO CHARGE |
| 9/1/2004 Telephone call to Attorney Neirynck--left message. | 0.10 | NO CHARGE |
| Telephone conference with Attorney Neirynck re: Amended Complaint. | 0.10 | 13.50 |
| 9/2/2004 Conference with clients re: 8/30/04 docket entry and news tape. | 0.20 | 27.00 |
| 9/8/2004 Telephone conference with client re: letters of Complaint. | 0.10 | 13.50 |
| Telephone conference with client re: office visit of 9/10/04. | 0.10 | NO CHARGE |
| 9/9/2004 Review file and started preparation of Amended Complaint. | 3.80 | 513.00 |
| Letter sent to clients re: Defendants Simkins and Dempsy. | 0.20 | 27.00 |
| 9/10/2004 Additional preparation of Amended Complaint. | 2.90 | 391.50 |
| Conference with clients re: review of Amended Complaint. | 1.50 | 202.50 |
| 9/13/2004 Prepare Amended Complaint. | 2.40 | 324.00 |
| Conference with clients re: reviewing Amended Complaint. | 1.40 | 189.00 |
| Additional preparation of Amended Complaint. | 1.50 | 202.50 |
| 9/14/2004 Finished Amended Complaint, Jury Demand, conflict check and Jurisdiction Form. | 5.20 | 702.00 |

Ex; 0  (4-9)

Anthony & Barbara Ma                                                    Page        5

|            |                                                                          | Hours | Amount |
|------------|--------------------------------------------------------------------------|-------|--------|
| 9/14/2004  | Travel to and from Peoria Court House to file Amended Complaint.        | 2.00  | NO CHARGE |
| 9/15/2004  | Letter sent to client re: Amended Complaint.                            | 0.20  | 27.00  |
| 9/22/2004  | Added my signature to Amended Complaint and sent with new Proof of Service. | 0.40  | NO CHARGE |
| 10/12/2004 | Telephone conference with clients re: Motion to Dismiss.                | 0.10  | 13.50  |
| 10/15/2004 | Reviewed ISBT's Motion to Dismiss and Memorandum of Law; Reviewed school's Motion to Dismiss and Memorandum of Law; Research: intestate law regarding estate of a child; Prepare Responses to both Motions to Dismiss; Prepare Memorandum of Law in response to ISBT's Motion to Dismiss; Begin preparation of Memorandum of Law in response to school's Motion to Dismiss; Prepare documents to file for intestacy estate. | 3.60  | 486.00 |
| 10/18/2004 | Research: issues of mootness and damages; Finish both Memorandums of Law. | 5.70  | 769.50 |
|            | Travel to and from Peoria Court to file documents.                      | 2.00  | NO CHARGE |
|            | Letter sent to client re: settlement proposal.                          | 0.20  | 27.00  |
| 10/19/2004 | Telephone conference with Attorney Neirynck re: remove him from Notice of filing list. | 0.10  | NO CHARGE |
| 10/28/2004 | Prepare Motion to Withdraw.                                             | 0.40  | NO CHARGE |
|            | Letter sent to client re: Motion to Withdraw.                           | 0.20  | NO CHARGE |
|            | Reviewed Federal Rules of Civil Procedure re: withdrawal.               | 0.40  | NO CHARGE |
| 11/4/2004  | Telephone call to client--left message.                                 | 0.10  | NO CHARGE |

EX 0 (5-9)

Anthony & Barbara Ma                                                      Page        6

|  | | Hours | Amount |
|---|---|---|---|
| 11/4/2004 | Telephone conference with client re: Motion to Withdraw. | 0.10 | NO CHARGE |
| 11/8/2004 | Received Docket Entry from Court re: supplemental information for Motion to Withdraw. | 0.10 | NO CHARGE |
|  | Prepare Supplemental Motion to Withdraw and Receipt of Motion to Withdraw. | 0.40 | NO CHARGE |
| 11/15/2004 | Conference with B. Malone at her residence re: Motion to Withdraw. | 0.70 | NO CHARGE |
| 11/16/2004 | Conference with A. Malone at his residence re: Motion to Withdraw. | 0.50 | NO CHARGE |
| 11/18/2004 | Telephone call to Attorney Neirynck. | 0.10 | NO CHARGE |
|  | Letter sent to clients re: response to 11/16/04 letter. | 0.40 | NO CHARGE |
|  | Telephone conference with Attorney Neirynck's firm re: removing name from case. | 0.10 | NO CHARGE |
| 11/19/2004 | Telephone call to E. Lugg--left message. | 0.10 | NO CHARGE |
|  | Telephone conference with T. Kennedy. | 0.20 | NO CHARGE |
|  | Letter sent to clients re: contact information for T. Kennedy. | 0.20 | NO CHARGE |
| 11/22/2004 | Received and reviewed letter from Attorney Neirynck; Sent copy to clients. | 0.20 | NO CHARGE |
| 11/30/2004 | Review pleadings filed by the Malones in response to my Motion to Withdraw. | 0.30 | NO CHARGE |
|  | Telephone conference with clients re: 12/16/04 hearing and substituting counsel. | 0.20 | NO CHARGE |
| 12/10/2004 | Telephone call to clients--left message. | 0.10 | NO CHARGE |

EXHIBIT O (6-9)

Anthony & Barbara Ma                                                Page        7

|                                                                  | Hours | Amount |
|------------------------------------------------------------------|-------|--------|
| 12/13/2004 Telephone conference with client re: son's affidavit and Dr. Stoner's letters. | 0.10 | NO CHARGE |
| Letter sent to clients re: son's affidavit and Dr. Stoner's letter. | 0.20 | NO CHARGE |
| 12/15/2004 Telephone conference with Attorney Landra Phelps re: substitution of counsel. | 0.20 | NO CHARGE |
| 12/16/2004 Telephone conference with client twice & Judge Gorman's office. | 0.30 | NO CHARGE |
| For professional services rendered | 72.50 | $7,118.00 |

Additional Charges :

| | Amount |
|---|---|
| 7/23/2004 File set-up fee: 4620.0 | 10.00 |
| 8/9/2004 Research Charge: 4850.0 | 4.02 |
| 8/10/2004 Copy Charges: 4740.0 (83 @ $.075 ea.) (Reference materials) | 6.23 |
| 9/14/2004 Copy Charges: 4740.0 (161 @ $.075 ea.) (Amended Complaint) | 12.08 |
| 10/18/2004 Postage Charges: 4640.0 (Priority mailing/Responses) | 15.40 |
| Westlaw Research Time: 4850.0 | 5.94 |
| 10/21/2004 Postage Charges: 4640.0 (Pleadings/client) | 2.90 |
| 11/19/2004 Copy Charges: 4740.0 (150 @ $.075 ea.) (Pleadings/Thomas Kennedy) | 11.25 |

EX D (7-9)

Anthony & Barbara Ma                                                     Page      8

                                                                              Amount

11/19/2004 Postage Charges: 4640.0                                            3.95
           (Priority mailing/Pleadings/
           Thomas Kennedy)

12/8/2004  Copy Charges: 4740.0                                               9.23
           (123 @ $.075 ea.)
           (Pleadings)

           Postage Charges: 4640.0                                            3.95
           (Pleadings)

           Total costs                                                      $84.95


           Total amount of this bill                                     $7,202.95

7/23/2004  Payment Rec: 60055                                         ($2,000.00)
           3040.8 - $2000.00

           Total payments and adjustments                            ($2,000.00)


           Balance due                                                $5,202.95


EX 6 (8-9)

**THOMSON & WEINTRAUB**
Drew R. Quitschau
105 N. Center - P.O. Box 3577
Bloomington, IL 61702-3577
(309) 829-7069

Anthony & Barbara Malone
408 E. Douglas
Bloomington, IL 61701

February 02, 2005

In Reference To:    File Opened: 7/9/04
Miscellaneous-Education Law (District 87, Bloomington) / DRQ /
SF2004-513
01/03/05 -- Representing Attorney -- Drew R. Quitschau

|  | Amount |
|---|---|
| Previous balance | $5,274.88 |
| Balance due | $5,274.88 |

OUR RECORDS INDICATE THAT WE HAVE NOT RECEIVED PAYMENT ON YOUR ACCOUNT
SINCE THE FIRST BILLING FOR BALANCE DUE ON 09/01/04.    PLEASE REMIT PAYMENT
WITHIN 10 DAYS.

$EX. O (9-9)$

John W. Yoder Law Firm
306 E. Grove St., P. O. Box 730
Bloomington, Illinois   61702-0730
FEIN 37-1190049


Invoice submitted to:
Barbara Sims-Malone Anthony Malone
408 E. Douglas St.
Bloomington IL 61701


Invoice # 14331

        Professional services

                                                    Hours     Amount

  8/15/05 Retainer for Anthony D. Malone Estate                700.00

          For professional services rendered        0.00     $700.00

          Additional charges:

  12/9/05 Estimated publication cost of claim notice.          150.00

          Total costs                                         $150.00

          Total amount of this bill                           $850.00

  8/15/05 Payment - thank you                               ($250.00)
  9/16/05 Payment - thank you                               ($100.00)
  9/27/05 Payment - thank you                                ($25.00)

          Total payments                                    ($375.00)

          Balance due                                         $475.00

EXHIBIT P (1-1)  Attorney fees + payments

God's Message

Converting Love

"I Am"

"How are you? Nice to see you again."
I am truth,
And the truth is I am your friend.
I am what you sought in the beginning
As well as what you see in the end.
Oh, did you forget my name;
For I am life,
Something that happens while you're busy making plans.
Changes are what occur during the course
Of your life in My Hands.
Because of changes, there are choices and my choice is to celebrate
Love and rejoice the coming of Lance.
It's not in the mind of man to understand the home going of Lance;
But it should be understood that the reasons are
because it is of My Plans.
For my plans are to convert man's purpose into My Worship.
Though life is a difficult task you must never forfeit.
Because in the end of this term, it will all be worth it.
The thing is, death has no fear and falls on the course of fate.
Fate is what feeds off your faith.
Faith is for hope; for if you were hanging from a cliff,
Your faith in me converts me into your rope.
This message might not register to those who
Are under the mind structure of man.
I have freed converted love
And that's why Lance now understands.
And because he's been converted into
My Heavenly Realm,
It is because of hearts like Lance
That labels me "I Am".

This poem was written by one of our sons friend.
This poem tell you the kind of person our son was. We
Know in our hearts "Lance had a purpose for life."

"Anthony Made a Stand for JUSTICE" (EXHIBIT Q (1-1) "Please don't let his stand be in vain."

3/5/03

DATE

FAMILY MEMBER | DESCRIPTION Consultation -2.5 hrs | 3/2 | 50 | PAYMENT CREDITS -4- | ADJ. | BALANCE 67 50 | PREVIOUS BALANCE 335 00 | NAME ☐ KATHLEEN A. KAISER, LCSW, BCSW
IL LIC # 149-001447
IR$ # 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

0735

☐ ROBERT E. STONER, LTD.
CLINICAL PSYCHOLOGIST
IL LIC # 71-1581
I.D. # 36-2942227
B.C.B.S. # 099-72004-22

3077 W. JEFFERSON STREET
SUITE 107 A04
JOLIET, IL 60435
815-744-2326

| PROCEDURES | FEE |
|---|---|
| **INTERVIEW PROCEDURES** | |
| 90801 DIAGNOSTIC INTERVIEW EXAM | |
| 90825 EVALUATION RECS. OR RPTS | |
| 90830 PSYCHOLOGICAL TESTING | |
| 90831 TELEPHONE CONSULTATION | |
| **THERAPEUTIC PROCEDURES** | |
| 90841 INDIV. PSYCHOTHERAPY UNSPEC. | |
| 90843    20-30 MIN. | |
| 90844    45-50 MIN. | |
| 90847 FAMILY PSYCHOTHERAPY | |
| 90849 MULTI FAM. GRP. PSYCHOTHERAPY | |
| 90853 GROUP PSYCHOTHERAPY | |
| 90882 ENVIRONMENTAL INTERVENTION | |
| 90887 INTERPRET. OF EXAM RESULTS | |
| 90889 PREPARATION OF REPORT | |
| 90999 UNLISTED PROCEDURE Consultation | 3/2 50 |
| Amount of Deposit | |

**ASSIGNMENT AND RELEASE:** I hereby authorize my insurance benefits be paid directly to the physician and I am financially responsible for non-covered services. I also authorize the physician to release any informa-tion required to process this claim.

Signed: _____

I DO / DO NOT ACCEPT ASSIGNMENT

TOTAL FEE $

A 24 HOUR NOTICE OF CANCELLATION OF AN APPOINTMENT MUST BE GIVEN OR THE REGULAR FEE WILL BE CHARGED FOR TIME RESERVED.

Robert E. Stoner
Provider's Signature

DIAGNOSIS - DSM III CODE _____

Next
Appointment _____ Date _____ Time _____    a.m.    p.m.

CT027580 06/93

EX-R (1-2)

ROBERT E. STONER, LTD.
CLINICAL PSYCHOLOGIST
IL LIC # 71-1581
I.D. # 36-2942227
B.C.B.S. # 099-72004-22

3077 W. JEFFERSON STREET
SUITE 107
JOLIET, IL 60435
815-744-2326

☐ KATHLEEN A. KAISER, LCSW, ACSW
IL LIC # 149-001447
IRS # 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

| FAMILY MEMBER | DATE | DESCRIPTION | TOTAL FEE | PAYMENT | CREDITS | ADJ. | BALANCE | PREVIOUS BALANCE | NAME |
|---|---|---|---|---|---|---|---|---|---|
| | 4/6/02 | 1 1/2 hrs. | 187 50 | -0- | | 8 25 90 | | 637 85 | A. Nelona |
| | | | | | | | | | 0737 |

**PROCEDURES**

| | | FEE |
|---|---|---|
| **INTERVIEW PROCEDURES** | | |
| 90801 | DIAGNOSTIC INTERVIEW EXAM | |
| 90825 | EVALUATION RECS. OR RPTS. | |
| 90830 | PSYCHOLOGICAL TESTING | |
| 90831 | TELEPHONE CONSULTATION | |
| **THERAPEUTIC PROCEDURES** | | |
| 90841 | INDIV. PSYCHOTHERAPY UNSPEC. 1 1/2 | 187 50 |
| 90843 | 20-30 MIN. | |
| 90844 | 45-50 MIN. | |
| 90847 | FAMILY PSYCHOTHERAPY | |
| 90849 | MULTI FAM. GRP. PSYCHOTHERAPY | |
| 90853 | GROUP PSYCHOTHERAPY | |
| 90882 | ENVIRONMENTAL INTERVENTION | |
| 90887 | INTERPRET. OF EXAM RESULTS | |
| 90889 | PREPARATION OF REPORT | |
| 90899 | UNLISTED PROCEDURE | |

Signed: _____

**ASSIGNMENT AND RELEASE:** I hereby authorize my insurance benefits be paid directly to the physician and I am financially responsible for non-covered services. I also authorize the physician to release any information required to process this claim.

I DO / DO NOT ACCEPT ASSIGNMENT

TOTAL FEE $ _____

A 24 HOUR NOTICE OF CANCELLATION OF AN APPOINTMENT MUST BE GIVEN OR THE REGULAR FEE WILL BE CHARGED FOR TIME RESERVED.

DIAGNOSIS - DSM III CODE _____

Next
Appointment _____    _____    _____ a.m.
                Date              Time          _____ p.m.

_____
Provider's Signature

CT0279610 0693

EX R (2-2)