# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**FILED**

JAN 24 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: January 24, 2006

TO: District Court Clerk

RE: Notice to transmit the record

No. 05-4112

ANTHONY MALONE and BARBARA SIMS-MALONE, on
behalf of ANTHONY DELANCE MALONE, deceased son,
    Plaintiffs - Appellants
  v.

ROBERT NIELSON, Superintendent, Bloomington Public Schools,
District No. 87, individually and in his official capacity,
BECKY FRANCOIS, Director of Special Education, Bloomington
Public Schools, District No. #87, individually and in her
official capacity, CINDY HELMERS, High School Principal,
Bloomington Public Schools, District No. 87,
individually and in her officially capacity, et al.,
    Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1137, Michael M. Mihm, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be
transmitted to this court immediately for use in the decision in
the above named cause.

(1211-022296)