ELECTRONIC FILING SYSTEM - U.S. District Court ILCD - Docket Report
Page 1 of 16

1:04-cv-01137-MMM-JAG    # 97-2    Page 1 of 21

**E-FILED**
Thursday, 26 January, 2006 12:24:21 PM
Clerk, U.S. District Court, ILCD

11, 15, 15, APPEAL, CLOSED, PRO SE, REFER, REFER

## U.S. District Court
### Central District of Illinois (Peoria)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01137-MMM-JAG
### Internal Use Only

Malone, et al v. Nielson, et al
Assigned to: Judge Michael M. Mihm
Referred to: Mag. Judge John A. Gorman
Demand: $0
Cause: 42:1983 Civil Rights Act

Date Filed: 05/03/2004
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff

**Anthony Malone**
*on behalf of Anthony DeLance Malone,*
*deceased son*

represented by **Anthony Malone**
408 E Douglas
Bloomington, IL 61701
309-750-9421
PRO SE

**Alfred D Ivy**
ALFRED D IVY III
202 W Green St
Urbana, IL 61801
217-898-8343
Email: aivy@parkland.edu
*TERMINATED: 06/27/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Frances**
THOMSON & WEINTRAUB
105 N Center
P O Box 3577
Bloomington, IL 61702-3577
(309) 829-7069
*TERMINATED: 11/30/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY
ATTEST
JOHN M WATERS CLERK
BY  s| Clerk
DEPUTY CLERK
U S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE  1-25-06

### Plaintiff

**Barbara Sims-Malone**
*On behalf of Anthony DeLance Malone,*
*deceased son*

represented by **Barbara Sims-Malone**
408 E Douglas
Bloomington, IL 61701
309-750-9992
PRO SE

**Alfred D Ivy**

(See above for address)
*TERMINATED: 06/27/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Frances**
(See above for address)
*TERMINATED: 11/30/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Robert Nielson**
*n/a Robert Nielsen, Superintendent,*
*Bloomington Public Schools, District*
*No. #87, individually and in his official*
*capacity*

represented by **Darcy L Proctor**
ANCEL GLINK DIAMOND BUSH
DICIANNI & ROLEK PC
Suite 600
140 S Dearborn St
Chicago, IL 60603
(312) 782-7606
Fax: 782-0943
Email: dproctor@ancelglink.com
*LEAD ATTORNEY*

**Megan Guenther**
MILLER TRACY BRAUN FUNK &
GUENTHER LTD
316 S Charter
PO Box 80
Monticello, IL 61856-0080
217-762-9416
Fax: 217-762-9713
Email: mguenther@millertracy.com
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
ANCEL GLINK DIAMOND BUSH
DICIANNI & ROLEK PC
Suite 600
140 S Dearborn St
Chicago, IL 60603
312-782-7606
Fax: 312-782-0943
Email: sbenway@ancelglink.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Becky Francois**
*Director of Special Education,*

represented by **Darcy L Proctor**
(See above for address)

Bloomington Public Schools, District
No. #87, individually and in her official
capacity

*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Barry Reilly**
*Assistant Superintendent, Bloomington
Public Schools, District No 87,
individually and in his official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Cindy Helmers**
*High School Principal, Bloomington
Public Schools, District No. 87,
individually and in her official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Cindy Lundberg**
*High School Counselor, Bloomington
Public Schools, District No. 87,
individually and in her official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**AnnMarie Steffen**
*High School Home Economics Teacher,*
*Blooomington Public Schools, District*
*No. 87, individually and in her official*
*capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tim Moore**
*High School Assistant Principal,*
*Bloomington Public Schools, District*
*No. 87, individually and in his official*
*capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joel Misukonis**
*High School Art Teacher, Bloomington*
*Public Schools, District No 87,*
*individually and in his official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donna Engel**
*High School Special Education*
*Teacher, Bloomington Public Schools,*
*District No. 87, individually and in her*
*official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Board of Education of Bloomington
Public Schools/District No. 87**

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sally Tucker**
*Assistant Superintendent of Curriculum
& Instructions, Bloomington Public
Schools, District No. 87, in her official
capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janella Cooley**
*Board of Education of Bloomington
Public Schools, District No. 87, in her
official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diana McCauley**
*Board of Education of Bloomington
Public Schools, District No. 87, in her
official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Randy Burge**
*TERMINATED: 09/24/2004*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keith Davis**
*Board of Education of Bloomington
Public Schools, District No. 87, in his
official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janice Smith**
*TERMINATED: 09/24/2004*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cheryl Jackson**
*Board of Education of Bloomington
Public Schools, District No. 87, in her
official capacity*

represented by **Darcy L Proctor**
(See above for address)
*LEAD ATTORNEY*

**Megan Guenther**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathy Havens-Payne**          represented by **Darcy L Proctor**
*Board of Education of Bloomington*          (See above for address)
*Public Schools, District No 87, in her*          *LEAD ATTORNEY*
*official capacity*

**Megan Guenther**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A Benway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Simpkins**          represented by **Robert W Neirynck**
*Attorney, State Farm Insurance*          COSTIGAN & WOLLRAB
*Company*          308 E Washington
*TERMINATED: 09/24/2004*          Bloomington, IL 61702-3127
(309) 828-4310
Fax: 828-4325
*TERMINATED: 10/25/2004*
*LEAD ATTORNEY*

**Carrie Lee Borowski**
COSTIGAN & WOLLRAB
308 E Washington
Bloomington, IL 61702-3127
309-828-4310
Fax: 309-828-4325
Email: cborowski@cwlawoffice.com
*TERMINATED: 11/22/2004*

**John Casey Costigan**
COSTIGAN & WOLLRAB
308 E Washington
Bloomington, IL 61702-3127
309-828-4310
Fax: 309-828-4325
Email: ccostigan@cwlawoffice.com
*TERMINATED: 11/22/2004*

**Defendant**

**Julia Dempsy**          represented by **Stephanie L Shallenberger**
*Hearing Officer, Illinois State Board of*          ILLINOIS ATTORNEY GENERAL

*Education*
*TERMINATED: 09/24/2004*

500 S Second St
Springfield, IL 62706
217-782-9014
Fax: 217-524-5091
Email: sshallenberger@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Illinois State Board of Education**          represented by **Stephanie L Shallenberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Randy Berg**                                 represented by **Darcy L Proctor**
*Board of Education of Bloomington*            (See above for address)
*Public Schools, District No. 87, in his*      *ATTORNEY TO BE NOTICED*
*official capacity*

**Defendant**

**Janet Smith**                                represented by **Darcy L Proctor**
*Boad of Education of Bloomington*             (See above for address)
*Public Schools, District No.87, in her*       *ATTORNEY TO BE NOTICED*
*official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2004 | 1 | MOTION by plaintiff Anthony Malone to proceed in forma pauperis (ML, ilcd) (Entered: 05/04/2004) |
| 05/03/2004 | 2 | MOTION by plaintiff Barbara Sims-Malone to proceed in forma pauperis (ML, ilcd) (Entered: 05/04/2004) |
| 05/03/2004 | | Docket Modification (Utility Event) - 3M/11-JAG (ML, ilcd) (Entered: 05/04/2004) |
| 05/04/2004 | | Docket Modification (Utility Event) Case referred to Mag. Judge John A. Gorman (ML, ilcd) (Entered: 05/04/2004) |
| 05/04/2004 | | MINUTE-ENTRY: by Mag. Judge John A. Gorman. Case is set for a Rule 16 Conference at 11:30 am on Friday, 9/10/04, via phone. Court will initiate the call. An agreed discovery plan is to be filed prior to the hearing. (cc: all counsel/all plaintiffs) (ML, ilcd) (Entered: 05/04/2004) |
| 05/05/2004 | 3 | MOTION by plaintiffs Anthony Malone and Barbara Sims-Malone for appointment of counsel (RK, ilcd) (Entered: 05/05/2004) |
| 05/05/2004 | 4 | Demand for jury trial by plaintiffs Anthony Malone and Barbara Sims-Malone (RK, ilcd) (Entered: 05/05/2004) |

| 05/05/2004 | 4 | MOTION by plaintiffs Anthony Malone and Barbara Sims-Malone for monetary damages (RK, ilcd) (Entered: 05/05/2004) |
| 05/05/2004 | 5 | EXHIBITS for plaintiffs Anthony Malone and Barbara Sims-Malone to be attached to complaint stored in file (RK, ilcd) (Entered: 05/05/2004) |
| 05/06/2004 | | MINUTE-ENTRY: by Judge Michael M. Mihm granting motion to proceed in forma pauperis [2-1], granting motion to in forma pauperis [1-1] (cc: all counsel) (HK, ilcd) (Entered: 05/06/2004) |
| 05/06/2004 | 6 | COMPLAINT (summons(es) issued) case referred to Mag. Judge John A. Gorman (HK, ilcd) (Entered: 05/06/2004) |
| 05/18/2004 | 7 | ORDER by Mag. Judge John A. Gorman. Ruling on motion for appointment of counsel is deferred. Plaintiffs to file a supplement to their motion, listing the attorneys they have contacted in an effort to retain private counsel within 14 days or by misc ddl of 6/1/04 . (cc: all counsel) (CL, ilcd) (Entered: 05/18/2004) |
| 05/19/2004 | 8 | ALIAS SUMMONS issued as to Robert Nielson, Becky Francois, Barry Reilly, Cindy Helmers, Ann Marie Stephens, Tim Moore, Joel Misukonis, Donna Engel, Sally Tucker, Janella Cooley, Diana McCauley, Randy Burge, Keith Davis, Janice Smith, Cheryl Jackson, Kathy Havens and returned to plaintiff's attorney for service. (RK, ilcd) (Entered: 05/19/2004) |
| 05/21/2004 | | MINUTE-ENTRY: by Mag. Judge John A. Gorman. Recently plaintiff tendered to the court a list of defendants with their addresses, in order for the Clerk to issue summons. On that list was one person, John Dirks, who is not a defendant in this case. No summons will issue as to John Dirks. (cc: all counsel) (CC, ilcd) (Entered: 05/24/2004) |
| 06/07/2004 | 9 | RETURN OF SERVICE executed upon defendant Ann Marie Stephens on 5/28/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 10 | RETURN OF SERVICE executed upon defendant Sally Tucker on 5/28/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 11 | RETURN OF SERVICE executed upon defendant Donna Engel on 5/28/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 14 | RETURN OF SERVICE executed upon defendant Cindy Helmers on 5/28/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 15 | RETURN OF SERVICE executed upon defendant Barry Reilly on 5/28/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 16 | RETURN OF SERVICE executed upon defendant Becky Francois on 6/1/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 17 | RETURN OF SERVICE executed upon defendant Tim Moore on 5/28/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 18 | RETURN OF SERVICE executed upon defendant Barry Reilly on 5/28/04 (MC, ilcd) (Entered: 06/08/2004) |

| 06/07/2004 | 19 | RETURN OF SERVICE executed upon defendant Joel Misukonis on 5/28/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 20 | RETURN OF SERVICE executed upon defendant Julia Dempsy on 5/25/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/07/2004 | 21 | RETURN OF SERVICE executed upon defendant IL State Bd of Ed on 5/25/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/08/2004 | 12 | RETURN OF SERVICE executed upon defendant Cindy Lundberg on 6/1/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/08/2004 | 13 | RETURN OF SERVICE executed upon defendant Robert Nielson on 5/31/04 (MC, ilcd) (Entered: 06/08/2004) |
| 06/14/2004 | 22 | MOTION by defendants Robert Nielson, Becky Francois, Barry Reilly, Cindy Helmers, Cindy Lundberg, Ann Marie Stephens, Tim Moore, Joel Misukonis, Donna Engel, Bloomington Public, Sally Tucker, Janella Cooley, Diana McCauley, Randy Burge, Keith Davis, Janice Smith, Cheryl Jackson, Kathy Havens to extend time to answer or otherwise plead (CL, ilcd) (Entered: 06/14/2004) |
| 06/14/2004 | 23 | NOTICE of designation of lead counsel by defendants (CL, ilcd) (Entered: 06/14/2004) |
| 06/14/2004 | 24 | ATTORNEY APPEARANCE for defendants Robert Nielson, Becky Francois, Barry Reilly, Cindy Helmers, Cindy Lundberg, Ann Marie Stephens, Tim Moore, Joel Misukonis, Donna Engel, Bloomington Public, Sally Tucker, Janella Cooley, Diana McCauley, Randy Burge, Keith Davis, Janice Smith, Cheryl Jackson, Kathy Havens by Megan Guenther (CL, ilcd) (Entered: 06/14/2004) |
| 06/18/2004 | 25 | MOTION by defendant Bloomington Public for leave to file appearance instanter and to extend time to answer or otherwise plead to complaint (CL, ilcd) (Entered: 06/18/2004) |
| 06/21/2004 | | MINUTE-ENTRY: by Mag. Judge John A. Gorman. The defendants have motion for extensions of time within which to respond to the plaintiff's complaint. Court is granting motion to extend time to answer [22-1]; motion for leave to file appearance [25-1]; granting motion to extend time to answer [25-2] as follows: all answers or other responsive pleadings of ALL defendants shall be filed on or before 8/6/04. The Rule 16 conference is reset to 10:30 on 8/6/04 . The conference shall be via phone. Court will set up the call. The parties are to be prepared to discuss, in addition to scheduling, the standing of the plaintiffs to proceed with this matter on behalf of the decedent. Answer due on or before 8/6/04 for all Dfts. (cc: all counsel) (CL, ilcd) (Entered: 06/21/2004) |
| 06/21/2004 | 26 | ATTORNEY APPEARANCE for defendant Bloomington Public School District 87 by Atty Darcy L. Proctor (CL, ilcd) (Entered: 06/21/2004) |
| 06/29/2004 | 27 | RETURN OF SERVICE unexecuted - attempted as to defendant Richard Simpkins (CL, ilcd) (Entered: 06/29/2004) |

| 06/29/2004 | 28 | LETTER re: Return of service unexecuted as to Dft Richard Simpkins with copy of docket sheet mailed to Anthony Malone and Barbara Sims-Malone, plaintiffs (CL, ilcd) (Entered: 06/29/2004) |
|---|---|---|
| 06/30/2004 | | Docket Modification (Utility Event) ; misc ddl of 6/1/04 satisfied as past (CL, ilcd) (Entered: 06/30/2004) |
| 07/01/2004 | 29 | AFFIDAVIT in response to Court's Order [7] re: attorney search by Plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 07/02/2004) |
| 07/06/2004 | 30 | MOTION for Leave to Withdraw as Lead Counsel; MOTION to Appear as Additional Counsel Atty Mrgan Guenther as counsel for Defendants Bloomington Public School District #87, Randy Burge, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens, Cindy Helmers, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Tim Moore, Robert Nielson, Barry Reilly, Janice Smith, Ann Marie Stephens, Sally Tucker. Responses due by 7/20/2004 Responses due by 7/20/2004 (CL, ilcd) (Entered: 07/06/2004) |
| 07/09/2004 | 31 | Alias Summons Issued to US Marshal as to Richard Simpkins. (HK, ilcd) (Entered: 07/09/2004) |
| 07/09/2004 | 32 | SUMMONS Returned Executed by Anthony Malone, Barbara Sims-Malone. Janella Cooley served on 6/4/2004, answer due 6/24/2004. (HK, ilcd) (Entered: 07/09/2004) |
| 07/09/2004 | 33 | SUMMONS Returned Executed by Barbara Sims-Malone. Diana McCauley served on 6/4/2004, answer due 6/24/2004. (HK, ilcd) (Entered: 07/09/2004) |
| 07/09/2004 | 34 | SUMMONS Returned Executed by Anthony Malone, Barbara Sims-Malone. Kathy Havens served on 6/19/2004, answer due 7/9/2004. (HK, ilcd) (Entered: 07/09/2004) |
| 07/09/2004 | 35 | SUMMONS Returned Executed by Anthony Malone, Barbara Sims-Malone. Janice Smith served on 6/16/2004, answer due 7/6/2004. (HK, ilcd) (Entered: 07/09/2004) |
| 07/09/2004 | 36 | MOTION to Appoint Counsel in letter form by Plaintiff Barbara Sims-Malone. Responses due by 7/23/2004 (HK, ilcd) (Entered: 07/09/2004) |
| 07/13/2004 | | TEXT ORDER deferring ruling on [3]and [36] Motions to Appoint Counsel. Plaintiffs to supplement motions on August 1, 2004, showing all attempts to retain counsel. Motion for monetary damages [4] denied as premature . Signed by Judge John A. Gorman on 7/13/04. (JB, ilcd) (Entered: 07/13/2004) |
| 07/20/2004 | 37 | AFFIDAVIT of Service (USM285) for amended complaint served on Steve Simpkins, State Farm Ins on 7/19/04, filed by Barbara Sims-Malone. (CL, ilcd) (Entered: 07/21/2004) |
| 07/22/2004 | 38 | NOTICE of Appearance of Attorney by Stephanie L Shallenberger on behalf of defendants Julia Dempsy, Illinois State Board of Education |

| | | |
|---|---|---|
| | | (CL, ilcd) (Entered: 07/23/2004) |
| 08/02/2004 | ●39 | NOTICE of Appearance of Attorney by Susan Frances on behalf of plaintiffs Anthony Malone, Barbara Sims-Malone (CL, ilcd) (Entered: 08/02/2004) |
| 08/02/2004 | ●40 | MOTION to Amend Complaint by Plaintiffs Anthony Malone, Barbara Sims-Malone. Responses due by 8/16/2004 (CL, ilcd) (Entered: 08/02/2004) |
| 08/03/2004 | ●41 | NOTICE of Appearance of Attorney by Darcy L Proctor on behalf of defendants Randy Burge, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens, Cindy Helmers, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Tim Moore, Robert Nielson, Barry Reilly, Janice Smith, Ann Marie Stephens, Sally Tucker (CL, ilcd) (Entered: 08/03/2004) |
| 08/03/2004 | ●42 | Designation of Lead Counsel by Darcy L Proctor on behalf of Bloomington Public School District #87. (filed as amended appearance) (CL, ilcd) (Entered: 08/03/2004) |
| 08/03/2004 | ●43 | NOTICE of Appearance of Additional Attorney by Stephanie A Benway on behalf of Defendants Bloomington Public School District #87, Randy Burge, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens, Cindy Helmers, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Tim Moore, Robert Nielson, Barry Reilly, Janice Smith, Ann Marie Stephens, Sally Tucker (CL, ilcd) (Entered: 08/03/2004) |
| 08/03/2004 | ●44 | MOTION for Leave to File Additional Attorney Appearance by Defendants Bloomington Public School District #87, Randy Burge, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens, Cindy Helmers, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Robert Nielson, Barry Reilly, Janice Smith, Ann Marie Stephens, Sally Tucker. Responses due by 8/17/2004 (CL, ilcd) (Entered: 08/03/2004) |
| 08/03/2004 | ●45 | MOTION to Dismiss (Rule 12(B)(1) and (6) by Defendants Bloomington Public School District #87, Randy Burge, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens, Cindy Helmers, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Tim Moore, Robert Nielson, Barry Reilly, Janice Smith, Ann Marie Stephens, Sally Tucker. Responses due by 8/17/2004 (CL, ilcd) (Entered: 08/03/2004) |
| 08/03/2004 | ●46 | MEMORANDUM in Support re [45] MOTION to Dismiss filed by Defendants Bloomington Public School District #87, Randy Burge, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens, Cindy Helmers, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Tim Moore, Robert Nielson, Barry Reilly, Janice Smith, Ann Marie Stephens, Sally Tucker. (CL, ilcd) (Entered: 08/04/2004) |
| 08/03/2004 | | ***Deadlines and Hearings terminated. Answer ddls satisfied due to |

| | | |
|---|---|---|
| | | filing of #45 (RK, ilcd) (Entered: 08/26/2004) |
| 08/05/2004 | 47 | CERTIFICATE OF SERVICE by Anthony Malone, Barbara Sims-Malone re [40] MOTION to Amend/Correct (CL, iled) (Entered: 08/06/2004) |
| 08/06/2004 | 48 | MOTION to Dismiss by Defendants Julia Dempsy, Illinois State Board of Education. (filed as motion to Adopt Bloomington School District's Motion and Memorandum to Dismiss). Responses due by 8/20/2004 (CL, ilcd) (Entered: 08/09/2004) |
| 08/06/2004 | | Minute Entry for proceedings held before Judge John A. Gorman: Attys Susan Frances, Darcy Proctor, Robert Neirynck, Stephanie Shallenberger present via phone for motion hearing at 10:30 a.m. on Friday, 8/6/04. Motion to withdraw as lead counsel and appear as additional counsel #30 is granted. Darcy Proctor shall appear as lead counsel for defendant in this case, and Megan Guenther will be shown as additional counsel for that party. Motions to appoint counsel #3 and #36 are moot by entry of appearance by Atty Susan Frances. Atty Niernyck to enter appearance within 14 days for defendant Richard Simpkins. The court vacates all deadlines including the Rule 16 conference on 9/10/04. Plaintiff to respond to motion to dismiss #45 by 8/17/04. Ruling on the plaintiff's motion for leave to amend the complaint #40 is deferred pending ruling on #45. The Rule 16 conference will be rescheduled if necessary following ruling on #45. (KB, ilcd) (Entered: 08/12/2004) |
| 08/09/2004 | 49 | NOTICE of Appearance of Attorney by Carrie Lee Borowski, John Casey Costigan, Robert W Neirynck on behalf of Steven Simkins, incorrectly sued as Richard Simpkins (CL, ilcd) (Entered: 08/09/2004) |
| 08/09/2004 | 50 | MOTION to Dismiss Pursuant to FRCP 12(b)(1) and 12 (b)(6) by Defendant Richard Simpkins. Responses due by 8/23/2004 (CL, ilcd) (Entered: 08/09/2004) |
| 08/13/2004 | 51 | Summons (USM285) Returned Unexecuted for Barbara Sims-Malone as to Defendant Diana McCauley. (CL, iled) (Entered: 08/16/2004) |
| 08/17/2004 | 52 | RESPONSE to Bloomington School District Defendants' Rule 12(B)(1) and (6) Motion to Dismiss, [50] MOTION to Dismiss/Motion to Adopt Bloomington School District Defendants' Motion and Memorandum of Law to Dismiss Plaintiffs' Complaint [45] MOTION to Dismiss [48] filed by Plaintiffs Anthony Malone and Barbara Sims-Malone. (RK, ilcd) (Entered: 08/18/2004) |
| 08/17/2004 | 53 | AFFIDAVIT filed as Memorandum in Support of [52] Response to Bloomington School District Defendants' Rule 12(B)(1) and (6) Motion to Dismiss, Motion to Adopt Bloomington School District Defendants' Motion and Memorandum of Law to Dismiss Plaintiffs' Complaint, and Defendant Steven Simkins' Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6) by Plaintiffs Anthony Malone and Barbara Sims-Malone. (RK, ilcd) (Entered: 08/18/2004) |
| 08/30/2004 | | TEXT ONLY ORDER granting [40] Motion to Amend/Correct. |

| | | |
|---|---|---|
| | | Amended complaint shall be filed on or before 9/14/04. Pursuant to Local Rules, all pending motions to dismiss (#45,48,and 50) are moot due to the granting of leave to amend the complaint. Defendants may revive the motions within 14 days after the filing of the amended complaint or they may file new responsive pleadings. Court also grants [44] Motion for Leave to Appear; clerk to update the docket to reflect additional appearance. Entered by Judge John A. Gorman on 8/30/04. (JB, ilcd) (Entered: 08/30/2004) |
| 08/30/2004 | | ***Attorney Stephanie A Benway for Janella Cooley; Keith Davis; Donna Engel; Becky Francois; Kathy Havens; Cindy Helmers; Cheryl Jackson; Cindy Lundberg; Diana McCauley; Joel Misukonis; Tim Moore; Robert Nielson; Barry Reilly; Janice Smith; Ann Marie Stephens; Sally Tucker; Bloomington Public School District #87 and Randy Burge added pursuant to TEXT ORDER entered 8/30/04. (CL, ilcd) (Entered: 08/31/2004) |
| 09/14/2004 | 54 | EDIT BY CLERK 9/16/04-THIS DOCUMENT IS ORDERED STRICKEN per the 9/16/04 ORDER: AMENDED COMPLAINT against Bloomington Public School District #87, Randy Burge, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens, Cindy Helmers, Illinois State Board of Education, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Tim Moore, Robert Nielson, Barry Reilly, Janice Smith, Ann Marie Stephens, Sally Tucker , filed by Plaintiffs Anthony Malone, Barbara Sims-Malone.(CL, ilcd) Modified on 9/22/2004 (HK, ilcd). Modified on 9/22/2004 (HK, ilcd). (Entered: 09/15/2004) |
| 09/14/2004 | 55 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 09/15/2004) |
| 09/14/2004 | 56 | DEMAND for Trial by Jury by Plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 09/15/2004) |
| 09/14/2004 | 57 | NOTICE of filing by Anthony Malone, Barbara Sims-Malone (CL, ilcd) (Entered: 09/15/2004) |
| 09/14/2004 | 58 | CERTIFICATE of service by plaintiffs. (CL, ilcd) (Entered: 09/15/2004) |
| 09/14/2004 | | Deadlines and Hearings terminated. (CL, ilcd) (Entered: 09/15/2004) |
| 09/16/2004 | 59 | ORDER re 54 Amended Complaint entered by Judge John A. Gorman on 9/16/04. Ordered that Amended Complaint 54 is STRICKEN.(CL, ilcd) (Entered: 09/17/2004) |
| 09/16/2004 | | Set/Reset Deadlines/Hearings: Setting Miscellaneous Deadline of 9/30/2004 for filing of amended complaint, pursuant to order entered by court on 9/16/04 (CL, ilcd) (Entered: 09/20/2004) |
| 09/24/2004 | 60 | SECOND AMENDED COMPLAINT against Bloomington Public School District #87, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens-Payne, Cindy Helmers, Illinois State Board of |

| | | |
|---|---|---|
| | | Education, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Tim Moore, Robert Nielson, Barry Reilly, Janice Smith, Ann Marie Stephens, Sally Tucker (ADDS: Randy Berg & Janet Smith & dismisses: RICHARD SIMPKINS & JULIA DEMPSY), filed by Anthony Malone, Barbara Sims-Malone.(HK, ilcd) (Entered: 09/27/2004) |
| 09/24/2004 | | ***Party Randy Berg, and Janet Smith added. Party Julia Dempsy and Richard Simpkins, Janice Smith and Randy Burge terminated per the 2nd amended complaint. (HK, ilcd) Modified on 9/27/2004 (HK, ilcd). (Entered: 09/27/2004) |
| 10/04/2004 | ●61 | MOTION to Dismiss *Second Amended Complaint* by Defendant Illinois State Board of Education. Responses due by 10/18/2004 (Shallenberger, Stephanie) (Entered: 10/04/2004) |
| 10/04/2004 | ●62 | MEMORANDUM in Support re 61 MOTION to Dismiss *Second Amended Complaint* filed by Defendant Illinois State Board of Education. (Shallenberger, Stephanie) (Entered: 10/04/2004) |
| 10/07/2004 | ●63 | MOTION to Dismiss by Defendants Randy Berg, Board of Education of Bloomington Public Schools/District No. 87, Randy Burge, Janella Cooley, Keith Davis, Donna Engel, Becky Francois, Kathy Havens-Payne, Cindy Helmers, Cheryl Jackson, Cindy Lundberg, Diana McCauley, Joel Misukonis, Tim Moore, Robert Nielson, Barry Reilly, Janet Smith, AnnMarie Steffen, Sally Tucker. Responses due by 10/21/2004 (Attachments: # 1 # 2)(Proctor, Darcy) (Entered: 10/07/2004) |
| 10/18/2004 | ●64 | RESPONSE to Bloomington School District Defendants' MOTION to Dismiss Second Amended Complaint 61 filed by Plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | ●65 | MEMORANDUM in Opposition to Bloomington School District Defendants' MOTION to Dismiss Second Amended Complaint 61 filed by Plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | ●66 | RESPONSE to Defendants' Motions to Dismiss, 61, 63 filed by Plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | ●67 | MEMORANDUM in Opposition to Defendants' MOTIONS to Dismiss, 61, 63 filed by Plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 10/19/2004) |
| 10/22/2004 | ●68 | Letter from Atty Robert Neirynack re: request to not be included on electronic notification in this case. (CL, ilcd) (Entered: 10/25/2004) |
| 11/02/2004 | ●69 | MOTION to Withdraw as Attorney by Atty Susan Frances, counsel for Plaintiff Anthony Malone. Responses due by 11/16/2004 (CL, ilcd) (Entered: 11/02/2004) |
| 11/04/2004 | ● | TEXT ONLY ORDER deferring ruling on 69 Motion to Withdraw as Attorney. Counsel Susan Frances is directed to supplement the motion |

| | | |
|---|---|---|
| | | within 14 days (Miscellaneous Deadline 11/18/2004), with the following information: (1) proof of service of the motion on her client; and (2) whether another attorney from Thomson & Weintraub will be taking on representation of plaintiffs. If the answer to (2) is affirmative, that attorney is directed to file an entry of appearance. If the answer to (2) is negative, plaintiffs Mr. and Mrs. Malone are directed to file with the court within 21 days (Other Deadline of 11/26/2004), either a statement that they will be proceeding on their own behalf (along with an address and telephone number where they can be reached); or an entry of appearance by their new attorney. Case set for Status Conference on Thurs 12/16/2004 11:00 AM before Judge Judge Gorman, by phone. Court to set up call. Entered by Judge John A. Gorman on 11/4/04. (CL, ilcd) (Entered: 11/04/2004) |
| 11/18/2004 | ◑70 | SUPPLEMENTAL MOTION to Withdraw as Attorney for Plaintiffs Anthony Malone and Barbara Sims-Malone by Atty Susan Frances. Responses due by 12/2/2004 (CL, ilcd) (Entered: 11/18/2004) |
| 11/22/2004 | ◑71 | LETTER from Attorney Robert Neirynck requesting removal from serivee list (CL, ilcd) (Entered: 11/22/2004) |
| 11/29/2004 | ◑72 | Exhibits (medical records) by Plaintiff Barbara Sims-Malone. (CL, ilcd) (Entered: 11/29/2004) |
| 11/29/2004 | ◑73 | RESPONSE to 69 MOTION to Withdraw as Attorney, 70 Supplemental MOTION to Withdraw as Attorney filed by Plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 11/29/2004) |
| 11/29/2004 | ◑74 | RESPONSE to 69 MOTION to Withdraw as Attorney, 70 Supplemental MOTION to Withdraw as Attorney filed by Plaintiffs Anthony Malone, Barbara Sims-Malone. (CL, ilcd) (Entered: 11/29/2004) |
| 11/30/2004 | ◑75 | ORDER granting 69 Motion to Withdraw as Attorney. Attorney Susan Frances terminated as counsel for Plaintiffs; Finding as moot 70 Motion to Withdraw as Attorney. Status Conference set for 1/31/2005 10:30 AM before Magistrate Judge John A. Gorman. Court to set up call. If new counsel has not entered their appearance on behalf of plaintiffs prior to this hearing, the Plaintiffs are directed to advise Clerk's Office of telephone number where they can be reached for this hearing. Clerk's Office number is 309/671-7117. Entered by Judge John A. Gorman on 11/30/04. Copy of this order mailed to plaintiffs. (Attachments: # 1 Main Document # 2 Main Document)(CL, ilcd) (Entered: 11/30/2004) |
| 12/16/2004 | ◑ | Minute Entry for proceedings held before Judge John A. Gorman: Attys Proctor/Schallenberger available and plaintiffs Anthony Malone/Barbara Sims-Malone unavailable for Status Conference at 11:00 AM on Thursday, 12/16/2004. Case remains set for Status Conference at 10:30 AM on Monday, January 31, 2005 before Judge Gorman (court to set up call). Plaintiffs are reminded to advise the court of a phone number where the court can call or if they have hired counsel, counsel to file entry of appearance. (KB, ilcd) (Entered: 12/16/2004) |
| 12/16/2004 | ◑ | Set/Reset Hearings. Status Conference set for Monday, 1/31/2005 at |

| | | |
|---|---|---|
| | | 10:30 AM by telephone (court will place call) before Magistrate Judge John A. Gorman. (KB, ilcd) (Entered: 12/16/2004) |
| 12/17/2004 | | *** Deadlines 11/18/04 & 11/26/04 satisfied as past & filed. (HK, ilcd) (Entered: 12/17/2004) |
| 01/11/2005 | ❏76 | MOTION for additional time to find new counsel, and for time to file additional response to motion to dismiss filed by Plaintiffs Anthony Malone, Barbara Sims-Malone pro se. Responses due by 1/25/2005 (CL, ilcd) (Entered: 01/11/2005) |
| 01/18/2005 | ❏ | ORDER granting 76 Motion for additional time. The telephone status conference previously set 1/31/05 is cancelled and Status Conference is reset for 3/1/2005 10:00 AM before Magistrate Judge John A. Gorman. Court to set up call. Plaintiffs are to contact the Clerk at 309/671-7117, and advise of a telephone number where they can be reached for that conference. At that conference, the plaintiffs shall report to the court on their efforts to find an attorney. This case must move forward, so if no attorney is found by that date, the plaintiffs will proceed pro se. A supplemental response to the defendants' motions to dismiss shall be filed on or before March 7, 2005. Miscellaneous deadline 3/7/2005. A scheduling conference will be scheduled after ruling on the pending motions to dismiss. Entered by Judge John A. Gorman on 1/18/05. (CL, ilcd) (Entered: 01/18/2005) |
| 03/01/2005 | ❏ | Minute Entry for proceedings held before Judge John A. Gorman. Parties present via phone by pro se plaintiff Barbara Sims-Malone, Atty Proctor, and Asst AG Sara Manning (for Stephanie Shallenburger) for Status Conference at 10:00 AM on Tuesday, 3/1/05 - same held. Discussion held re: status of plaintiff retaining counsel. Plaintiff indicated she has two appointments set and requests additional time - no objections. Case sets a Status Conference at 10:30 AM on Tuesday, 4/5/2005 by telephone (court will place call) before Magistrate Judge John A. Gorman. Court vacates the plaintiff's response deadline of March 7, 2005. New dates will be set at the 4/5/05 hearing. If plaintiff retains counsel before the 4/5/05 hearing, counsel should file an entry of appearance or notify the court of a phone number where he/she can be reached to participate in this hearing. (KB, ilcd) (Entered: 03/01/2005) |
| 04/05/2005 | ❏ | Minute Entry for proceedings held before Judge John A. Gorman: Parties present via phone for status conference by plaintiff Barbara Sims-Malone and attys Ivy/Proctor/Manning on 4/5/2005 at 10:30 am. Atty Alfred Ivy to file entry of appearance on behalf of plaintiffs Malone. Counsel for Dft to send copies of pending motions to atty Ivy. Responses due by 4/29/2005. Motion Hearing set for 5/11/2005 at 10:00 AM by telephone (court will place call) before Magistrate Judge John A. Gorman. Scheduling conference will be set if necessary following ruling on pending motions. (TK, ilcd) (Entered: 04/05/2005) |
| 04/05/2005 | | *** Clerk`s Notes: Plaintiff Barbara Sims-Malone retained Atty Alfred Ivy. Law Offices of Harvey C. Welch, 401 W. Elm St., Urbana, IL 61801. Phone number 217-367-3200. Fax number 217-367-0241. (KB |

| | | |
|---|---|---|
| | | ilcd) (Entered: 04/14/2005) |
| 04/15/2005 | ❶ | TEXT ORDER to correct minutes of 4/5/05. Motion hearing set on 5/11/05 is cancelled and will be reset by Judge Michael M. Mihm if necessary. Entered by Judge John A. Gorman on 4/15/05. (TK, ilcd) (Entered: 04/15/2005) |
| 04/29/2005 | ❶ | Remark: Per LC15, Pro Se Plfs are given until Monday, 5/2/05 to file their motion for extension of time re: hiring counsel (RK, ilcd) (Entered: 04/29/2005) |
| 05/02/2005 | ❶77 | NOTICE of Appearance of Attorney by Alfred D Ivy on behalf of Anthony Malone, Barbara Sims-Malone (Ivy, Alfred) (Entered: 05/02/2005) |
| 05/02/2005 | ❶78 | MOTION for Extension of Time to File Response to Defendants motion and MOTION for misc relief for an extension of time for new attorney to file appearance in case, by Plaintiff Anthony & Barbara Malone. Responses due by 5/16/2005 Responses due by 5/16/2005 (HK, ilcd) (Entered: 05/03/2005) |
| 05/04/2005 | ❶ | TEXT ONLY ORDER granting in part and finding as moot in part plaintiff's 78 Motion for Extension of Time to File Response to motions to dismiss 61 and 63 and to extend the deadline for counsel to enter appearance. Counsel has now entered his appearance, so to that extent #78 is moot. Opposition to pending motions to dismiss shall be filed on or before 5/12/2005. No further extensions of this deadline will be allowed. Entered by Judge John A. Gorman on 5/4/05. (JB, ilcd) (Entered: 05/04/2005) |
| 06/09/2005 | ❶79 | Consent MOTION to Withdraw as Attorney *for plaintiffs* by Plaintiffs Anthony Malone, Barbara Sims-Malone. Responses due by 6/23/2005 (Ivy, Alfred) (Entered: 06/09/2005) |
| 06/13/2005 | ❶80 | MOTION extension of time to find counsel by Plaintiff Barbara Sims-Malone, pro se. Responses due by 6/27/2005 (CL, ilcd) (Entered: 06/13/2005) |
| 06/15/2005 | ❶81 | RESPONSE to Motion re 80 MOTION extension of time to find counsel filed by Defendants Joel Misukonis, Donna Engel, Board of Education of Bloomington Public Schools/District No. 87, Sally Tucker, Janella Cooley, Diana McCauley, Randy Berg, Janet Smith, Keith Davis, Cheryl Jackson, Kathy Havens-Payne, Robert Nielson, Becky Francois, Barry Reilly, Cindy Helmers, Cindy Lundberg, AnnMarie Steffen, Tim Moore. (Proctor, Darcy) (Entered: 06/15/2005) |
| 06/15/2005 | ❶ | TEXT ONLY ORDER entered by Judge John A. Gorman on 6/15/05. Motion hearing on plaintiff's motion to extend time is set on 6/27/2005 at 10:00 AM before Magistrate Judge John A. Gorman, via phone. Court to place call. (CL, ilcd) (Entered: 06/15/2005) |
| 06/16/2005 | ❶82 | RESPONSE to Motion re 80 MOTION extension of time to find counsel *Response In Opposition to Plaintiff's Motion for Time Extension To* |

| | | |
|---|---|---|
| | | ~~Retain New Counsel~~ filed by ~~Defendant Illinois State Board of~~ Education. (Shallenberger, Stephanie) (Entered: 06/16/2005) |
| 06/27/2005 | ❍ | Minute Entry for proceedings held before Judge John A. Gorman: Parties present via phone by attys Ivy/Shallenberger/Benway and Plaintiff Barbara Sims-Malone for motion hearing on 6/27/05 at 10:00 AM. Same held. 79 Motion to Withdraw as Attorney granted. Attorney Alfred D Ivy terminated.80 Motion to extend time to find counsel granted. Plaintiff to submit to the Court within 30 days(Miscellaneous Deadline 7/27/2005) certified copy of probate court appointment of representative of decedent, as well as the representative's current address and phone number. Status Conference set for 7/29/2005 at 10:00 AM by telephone (court will place call) before Magistrate Judge John A. Gorman. (TK, ilcd) (Entered: 06/28/2005) |
| 06/27/2005 | | *** Clerk`s Notes: Current address and phone for Plaintiff Barbara Sims-Malone: 408 E. Douglas, Bloomington, IL 61701. 309-750-9992. (TK, ilcd) (Entered: 06/28/2005) |
| 07/29/2005 | ❍ | Minute Entry for proceedings held before Judge John A. Gorman. Parties present via phone by Pro Se Plaintiff Barbara Sims-Malone, Atty Benway-Posey, and Atty Shallenberger for status conference - same held. Plaintiff indicates she is still trying to get counsel. Plaintiff further indicates she wishes to file a supplemental response. Court will allow plaintiff two more weeks to file a supplemental responses to 61 MOTION to Dismiss and 63 MOTION to Dismiss. Responses due by 8/12/2005. ~~(cc: plaintiff) (KB, ilcd) (Entered: 07/29/2005)~~ |
| 08/11/2005 | ❍83 | SUPPLEMENTAL MEMORANDUM in Support filed as "Plaintiff's Memorandum in Support of Their Response to Bloomington School District Defendants For "Summary Judgment" re 63 MOTION to Dismiss,and 61 MOTION to Dismiss *Second Amended Complaint* filed by Plaintiffs Anthony Malone, Barbara Sims-Malone. (TK, ilcd) (Entered: 08/12/2005) |
| 08/11/2005 | ❍84 | SUPPLEMENTAL STATEMENT OF FACTS filed as "Plaintiffs' Memorandum in Support of Their Response to Bloomington School District Defendants For "Summary Judgment" Statement of Facts" re 63 MOTION to Dismiss, and 61 MOTION to Dismiss *Second Amended Complaint*, by plaintiffs Anthony Malone, Barbara Sims-Malone. (TK, ilcd) Additional attachment(s) added on 8/15/2005 (RK, ilcd). Additional attachment(s) added on 8/16/2005 (RK, ilcd). (Entered: 08/12/2005) |
| ~~08/11/2005~~ | ~~❍85~~ | ~~CERTIFICATE OF SERVICE by plaintiffs Anthony Malone and Barbara Sims-Malone re 83 Memorandum in Support of Motion,and 84 Statement of Facts. (TK, ilcd) (Entered: 08/12/2005)~~ |
| 09/26/2005 | ❍86 | ORDER granting 61 Motion to Dismiss, granting 63 Motion to Dismiss, Civil Case Terminated.. Entered by Judge Michael M. Mihm on 9/23/05. (CL, ilcd) (Entered: 09/26/2005) |
| 09/26/2005 | ❍87 | JUDGMENT in favor of defendants against plaintiffs (CL, ilcd) (Entered: 09/28/2005) |

| | | |
|---|---|---|
| 10/24/2005 | ❏88 | BILL OF COSTS submitted on behalf of Joel Misukonis, Donna Engel, Board of Education of Bloomington Public Schools/District No. 87, Sally Tucker, Janella Cooley, Diana McCauley, Randy Berg, Janet Smith, Keith Davis, Cheryl Jackson, Kathy Havens-Payne, Robert Nielson, Becky Francois, Barry Reilly, Cindy Helmers, Cindy Lundberg, AnnMarie Steffen, Tim Moore re 87 Judgment. (Proctor, Darcy) (Entered: 10/24/2005) |
| 10/24/2005 | ❏ | NOTICE re 88 Bill of Costs: Costs will be taxed in the amount of $455.40; parties have 10 working days (11/4/05) to file objections. (CL, ilcd) (Entered: 10/24/2005) |
| 10/24/2005 | ❏ | Set/Reset Deadlines/Hearings: Miscellaneous Deadline of 11/4/2005 for filing of objections to bill of costs. (CL, ilcd) (Entered: 10/24/2005) |
| 10/25/2005 | ❏89 | MOTION for Leave to Appeal in forma pauperis by Plaintiffs Anthony Malone, Barbara Sims-Malone. Responses due by 11/8/2005 (HK, ilcd) (Entered: 10/26/2005) |
| 10/25/2005 | ❏90 | NOTICE OF APPEAL as to 86 Order on Motion to Dismiss & 87 Judgment filed by Plaintiffs (HK, ilcd) (Entered: 10/26/2005) |
| 10/26/2005 | ❏91 | Short Record of Appeal Sent to US Court of Appeals re 90 Notice of Appeal (HK, ilcd) (Entered: 10/26/2005) |
| 10/28/2005 | ❏ | TEXT ONLY ORDER granting 89 Motion for Leave to Appeal in forma pauperis. Entered by Judge Michael M. Mihm on 10/28/05. (SPH, ilcd) (Entered: 10/28/2005) |
| 10/31/2005 | ❏92 | NOTICE of Docketing Record on Appeal from USCA re 90 Notice of Appeal filed by Anthony Malone,, Barbara Sims-Malone. USCA Case Number 05-4112 (DK, ilcd) (Entered: 10/31/2005) |
| 11/04/2005 | ❏ | Costs Taxed in amount of $ 455.40 against Plaintiffs Anthony Malone and Barbara Sims-Malone (CL, ilcd) (Entered: 11/04/2005) |
| 11/04/2005 | | *** Deadlines and Hearings terminated. (CL, ilcd) (Entered: 11/04/2005) |
| 11/04/2005 | ❏93 | AMENDED JUDGMENT in favor of defendants against plaintiffs, plus costs of suit in the amount of $455.40. (CL, ilcd) (Entered: 11/04/2005) |
| 12/07/2005 | ❏94 | MOTION to file Additional Documents and Exhibits to Amend/Correct by Plaintiffs Anthony Malone, Barbara Sims-Malone. Responses due by 12/21/2005 (CL, ilcd) (Entered: 12/08/2005) |
| 12/08/2005 | ❏ | TEXT ONLY ORDER denying 94 Motion to Amend/Correct for lack of jurisdiction. This case was terminated on 9/23/05 when this Court granted Defendants' Motions to Dismiss. Since then, Plaintiffs have filed a Notice of Appeal with the Court of Appeals. Accordingly, this Court no longer has jurisdiction over this case. The Motion is denied. Entered by Judge Michael M. Mihm on 12/8/05. (SPH, ilcd) (Entered: 12/08/2005) |
| 12/08/2005 | | *** Clerk`s Notes: Labels produced/ Text order mailed to pro se plaintiffs by clerk (CL, ilcd) (Entered: 12/09/2005) |
| | | |

| | | |
|---|---|---|
| 12/09/2005 | 95 | MOTION for Leave to File Additional Exhibits by Plaintiffs Anthony Malone, Barbara Sims-Malone. Responses due by 12/23/2005 (CL, ilcd) (Entered: 12/13/2005) |
| 12/13/2005 | | TEXT ONLY ORDER denying 95 Motion for Filing Additional Documents and Exhibits to Amend Case for lack of jurisdiction. As noted in the text order dated 12/8/05, this case was terminated on 9/23/05 when this Court granted Defendants' Motion to Dismiss. Since then, Plaintiffs have filed a Notice of Appeal and therefore this Court no longer has jurisdiction over this case. Accordingly, Plaintiff's Motion seeking to file additional documents and exhibits is denied for lack of jurisdiction. Entered by Judge Michael M. Mihm on 12/13/05. (SPH, ilcd) (Entered: 12/13/2005) |
| 12/14/2005 | | *** Clerk's Notes: Labels produced/text order of 12/13/05 mailed to pro se plaintiffs (CL, ilcd) (Entered: 12/14/2005) |
| 01/24/2006 | 96 | NOTICE - REQUEST for appeal record by CA 7, pursuant to Circuit rule 11(a) (CL, ilcd) (Entered: 01/24/2006) |