

E-FILED
Monday, 06 February, 2006  01:07:59 PM
Clerk, U.S. District Court, ILCD



**FILED**
FEB - 6 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

January 26, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**05-4112**

RE: Malone v. Nelson, et al
D. C. Docket No. 04-1137
U. S. C. A. Docket No. 05-4112

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1  Volumes of Pleadings

.  Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A.—7th Circuit
**FILED**
JAN 3 1 2006  GW
GINO J. AGNELLO
CLERK
DOC. #_____

**ON AIMS**
JAN 3 1 2006
**GW**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/C. Lambie
Deputy Clerk

U.S.C.A.—7th Circuit
**RECEIVED**
JAN 3 0 2006  JC
GINO J. AGNELLO
CLERK