# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

DISMISSAL PER FRAP 42(b)

FILED
JUL 1 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CERTIFIED COPY

A True Copy:
 United States
 ...als for the
S... ...cuit.

Date: July 16, 2008

By the Court:

No. 05-4112

ANTHONY MALONE and BARBARA SIMS-MALONE, on
behalf of ANTHONY DELANCE MALONE, deceased son,
    Plaintiffs - Appellants
 v.

ROBERT NIELSON, Superintendent, Bloomington Public Schools,
District No. 87, individually and in his official capacity,
BECKY FRANCOIS, Director of Special Education, Bloomington
Public Schools, District No. #87, individually and in her
official capacity, CINDY HELMERS, High School Principal,
Bloomington Public Schools, District No. 87,
individually and in her officially capacity, et al.,
    Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1137, Michael M. Mihm, Judge


  Upon consideration of the **JOINT MOTION TO DISMISS** filed by
the parties on 7/14/08,

  **IT IS ORDERED** that this cause is **DISMISSED**, pursuant
to Federal Rule of Appellate Procedure 42(b).


(1025-110293)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE:   July 16, 2008

TO:     Pamela E. Robinson
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602
        USA

FROM:   Clerk of the Court

RE:     05-4112
        Malone, Anthony v. Nielson, Robert
        04 C 1137, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:        Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____    _____
(1203-052495)                             Deputy Clerk, U.S. District Court